# Exhibit B

| Attorney or Party without Attorney: <br> DAVID LAKIN, ESQ. <br> QUINN EMANUEL URQUHART & SULLIVAN <br> 191 N. Wacker Drive, Suite 2700, <br> Chicago, IL 60606-1881 <br> Telephone No: (312) 705-7400 <br> Attorney For: Plaintiff | | For Court Use Only |
|---|---|---|
| Ref. No. or File No.: | | |

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS

Plaintiff: ZHU ZHAI HOLDINGS LIMITED; et al.
Defendant: STEVEN IVANKOVICH

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 1:20-cv-04985 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; JURY TRIAL DEMANDED COMPLAINT.

3. a. Party served: STEVEN IVANKOVICH

4. Address where the party was served: 791 CRANDON BLVD. #PH06
   KEY BISCAYNE, FL 33149

5. I served the party:
   a. **by substituted service.** On: Tue, Sep 01 2020 at: 04:25 PM by leaving the copies with or in the presence of:
   JEANETTE IVANKOVICH - WIFE

   (1) [X] (Residence or Usual Place of Abode) a person of suitable age and discretion who resides there.
   (2) [ ] (Company) a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (3) [X] (Declaration of Mailing) is attached.
   (4) [ ] (Declaration of Diligence) attached stating actions taken first to attempt personal service.

6. Person Who Served Papers:
   a. IVAN ALMONTE
   b. FIRST LEGAL INVESTIGATIONS
   2070 N. TUSTIN AVENUE, 2ND FLOOR
   SANTA ANA, CA 92705
   c. (714) 550-1375

   d. **The Fee for Service was:**
   *SERVED UNDER F.R.C.P. RULE 4*

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

9-4-20 _____
Date          Signature



PROOF OF
SERVICE

4840470
(102342)
Page 1 of 2

| Attorney or Party without Attorney: <br> DAVID LAKIN, ESQ. <br> QUINN EMANUEL URQUHART & SULLIVAN <br> 191 N. Wacker Drive, Suite 2700, <br> Chicago, IL 60606-1881 <br> Telephone No: (312) 705-7400 <br><br> Attorney For: Plaintiff | Ref. No. or File No.: | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court: <br> UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS | | |
| Plaintiff: ZHU ZHAI HOLDINGS LIMITED; et al. <br> Defendant: STEVEN IVANKOVICH | | |

| PROOF OF SERVICE <br> By Mail | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 1:20-cv-04985 |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the SUMMONS IN A CIVIL ACTION; JURY TRIAL DEMANDED COMPLAINT.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:
   a. Date of Mailing: Tue, Sep 1, 2020
   b. Place of Mailing: SANTA ANA, CA 92705
   c. Addressed as follows: STEVEN IVANKOVICH
      791 CRANDON BLVD., #PH06, KEY BISCAYNE, FL 33149

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Tue, Sep 1, 2020 in the ordinary course of business.

Recoverable cost Per CCP 1033.5(a)(4)(B)

5. **Person Serving:**
   a. Denise Vasquez
   b. FIRST LEGAL INVESTIGATIONS
      2070 N. TUSTIN AVENUE, 2ND FLOOR
      SANTA ANA, CA 92705
   c. (714) 550-1375

   d. *The Fee* for Service was:
   SERVED UNDER F.R.C.P. RULE 4

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

09/04/2020 (Date)     *(Signature)*

FL FIRSTLEGAL | Judicial Council Form <br> Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE <br> BY MAIL | 4840470 <br> (102342) <br> Page 2 of 2