```
 1              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                       EASTERN DIVISION

 3
    ZHU ZHAI HOLDINGS, LIMITED, and    ) No. 20 C 4985
 4  PETER PUI TAK LEE,                 )
                                       )
 5                      Plaintiffs,    )
                                       )
 6             v.                      )
                                       )
 7  STEVEN IVANKOVICH,                 ) November 17, 2020
                                       ) Chicago, Illinois
 8                                     ) 9:30 a.m.
                      Defendant.       ) Telephonic Status Hearing
 9
10                 TRANSCRIPT OF PROCEEDINGS
           BEFORE THE HONORABLE SHARON JOHNSON COLEMAN
11
12  APPEARANCES:

13  For the Plaintiffs:     QUINN EMANUEL URQUHART & SULLIVAN, LLP
                            865 South Figueroa Street
14                          Suite 3000
                            Los Angeles, California  90017
15                          BY:  MR. WILL SEARS

16                          QUINN EMANUEL URQUHART & SULLIVAN, LLP
                            1300 I Street, NW
17                          Suite 900
                            Washington, DC  20005
18                          BY:  MR. TYLER WHITMER

19

20

21

22

23            TRACEY DANA McCULLOUGH, CSR, RPR
                   Official Court Reporter
24                219 South Dearborn Street
                         Room 1232
25                Chicago, Illinois  60604
                      (312) 435-5570
```

1  THE CLERK:  20 CV 4985, Zhu Zhai Holdings versus
2  Ivankovich.
3  THE COURT:  Will the parties please state your name
4  for the court reporter.
5  MR. SEARS:  Good morning, Your Honor.  This is Will
6  Sears from Quinn Emanuel for the plaintiffs.  And I believe
7  Tyler Whitmer also for the plaintiffs from Quinn Emanuel is on
8  the line as well.
9  MR. WHITMER:  I am, Your Honor.  Good morning.
10  THE COURT:  All right.  Great.
11  MR. WHITMER:  This is Tyler Whitmer from Quinn
12  Emanuel.
13  THE COURT:  Thank you.  Just continue to state your
14  name -- identify yourselves for the court reporter so she can
15  have an accurate record.  Do we still have -- I believe we were
16  supposed to have the pro se -- the defendant Mr. Ivankovich, is
17  that correct, on the phone, or a lawyer representing him?  Is
18  that what we were expecting today?
19  MR. SEARS:  Yes, Your Honor.  This is Will Sears from
20  Quinn Emanuel.  As the Court may recall, at the last hearing on
21  October 28th Mr. Ivankovich appeared pro se and stated that he
22  intended to engage a lawyer.  The Court set a deadline for him
23  to do so.  I believe that was November 12th.  We, we have not
24  seen an appearance of counsel or heard anything from Mr.
25  Ivankovich or any lawyer purporting to represent him since

1  then.
2  THE COURT: All right. So -- and the Court did speak
3  with him and gave him some parameters. He seemed very clear on
4  what he needed to do. He has not done it. I'm looking at the
5  docket. Your motion was entered and continued. What do you
6  wish?
7  MR. SEARS: Your Honor, we would respectfully request
8  that the Court now enter the default so that we can follow up
9  with our motion for a default judgment under Rule 55.
10  THE COURT: The Court will grant the motion.
11  MR. WHITMER: Thank you, Your Honor.
12  MR. SEARS: Thank you, Your Honor.
13  THE COURT: All right. And then you will set a date
14  for the entry, is that correct?
15  MR. SEARS: Yes, I believe so, if that's how the, the
16  Court would like us to proceed. As we understand the procedure
17  under Rule 55 now that the default has been entered, the ball
18  is in our court. We need to file a motion for a default
19  judgment.
20  THE COURT: Yes. Yes.
21  MR. SEARS: And so we'll, we'll do that promptly.
22  And then I, I think it's, it's just up to the, the Court to
23  rule on that. As we read the rule, there's no technical need
24  for a hearing or anything of that sort. And we'll, we'll, of
25  course, try to make it as clear and straightforward as possible

1  in our papers to help the Court resolve this quickly.

2  THE COURT: All right. Well, the Court also does --
3  on the default, especially now during this time, and we're all
4  by phone, and the fact that even though he hasn't done what
5  he's supposed to, we have heard from him unlike so many times
6  when we have defaults. So make sure when you notice it up, you
7  notice it up for a time certain. Okay?

8  MR. SEARS: Thank you, Your Honor. Will do.

9  THE COURT: All right. Anything else? If not, thank
10 you.

11 MR. SEARS: Nothing from us, Your Honor. Thank you.

12 MR. WHITMER: Thank you, Your Honor.

13 THE COURT: All right. Thank you.

14                         CERTIFICATE

15 I HEREBY CERTIFY that the foregoing is a true,
16 correct and complete transcript of the proceedings had at the
17 hearing of the aforementioned cause on the day and date hereof.

18

19 /s/TRACEY D. McCULLOUGH                    November 17, 2020

20 Official Court Reporter                            Date
   United States District Court
21 Northern District of Illinois
   Eastern Division