<pre>
 1            IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                     EASTERN DIVISION

 3
   ZHU ZHAI HOLDINGS, LIMITED, and   ) No. 20 C 4985
 4 PETER PUI TAK LEE,                )
                                     )
 5                  Plaintiffs,      )
                                     )
 6             v.                    )
                                     )
 7 STEVEN IVANKOVICH,                ) February 9, 2021
                                     ) Chicago, Illinois
 8                                   ) 9:15 a.m.
                     Defendant.      ) Telephonic Status Hearing
 9

10            TRANSCRIPT OF PROCEEDINGS
       BEFORE THE HONORABLE SHARON JOHNSON COLEMAN
11

12 APPEARANCES:

13 For the Plaintiffs:    QUINN EMANUEL URQUHART & SULLIVAN, LLP
                          865 South Figueroa Street
14                        Suite 3000
                          Los Angeles, California  90017
15                        BY:  MR. WILL SEARS

16                        QUINN EMANUEL URQUHART & SULLIVAN, LLP
                          1300 I Street, NW
17                        Suite 900
                          Washington, DC  20005
18                        BY:  MR. TYLER WHITMER

19 For the Defendant:     KOPECKY SCHUMACHER ROSENBURG, PC
                          120 North LaSalle Street
20                        Suite 2000
                          Chicago, Illinois  60602
21                        BY:  MR. DARYL M. SCHUMACHER

22

23            TRACEY DANA McCULLOUGH, CSR, RPR
                    Official Court Reporter
24                 219 South Dearborn Street
                         Room 1232
25               Chicago, Illinois  60604
                      (312) 435-5570
</pre>

1      THE CLERK:  20 CV 4985, Zhu Zhai Holdings, Limited

2   versus Ivankovich.

3      THE CLERK:  Good morning.  This is Judge Coleman.

4   Please state your name and who you represent so that the court

5   reporter can take all the information down correctly.  Let's

6   start with the plaintiff.

7      MR. SEARS:  Good morning, Your Honor.  This is Will

8   Sears, Quinn Emanuel, for the plaintiffs.

9      THE COURT:  All right.

10      MR. WHITMER:  Good morning, Your Honor.  Good

11   morning, Your Honor.  Tyler Whitmer with Quinn Emanuel, also

12   for the plaintiff.  Thank you.

13      THE COURT:  All right.  Thank you.  And is there

14   defense counsel on the phone?

15      MR. SCHUMACHER:  Good morning, Your Honor.  Daryl

16   Schumacher on behalf of defendant.

17      THE COURT:  All right.  Thank you.  Are you by

18   yourself?

19      MR. SCHUMACHER:  Yes, Your Honor.

20      THE COURT:  All right.  Thank you very much.  And

21   with all these male voices, again, please just make sure every

22   time you talk either state who your client is or state your

23   name.

24      All right.  So we're up for our initial status.  I

25   have your status report in front of me.  The Court believes I

1  need to have -- who's the magistrate judge, Yvette?

2          THE CLERK:  The magistrate judge?

3          THE COURT:  Yes.  One second.

4          THE CLERK:  That's Judge Cox.

5          THE COURT:  All right.  Judge Cox will have the case

6  for discovery monitoring and any type of settlement.  I know

7  you haven't agreed to a discovery schedule, although I did

8  grant your motion for protective order.  The -- since you filed

9  this, have you come to any type of agreement about the

10 discovery schedule?  If not, I'll let you do that with Judge

11 Cox.

12         MR. SEARS:  Thank you, Your Honor.  This is Will

13 Sears, Quinn Emanuel, for the plaintiffs.  No agreement on the

14 schedule.  I think the parties' positions are as stated in the

15 status report.

16         THE COURT:  All right.  Hold on one second.  You

17 right now have a close of fact discovery of May 28th of this

18 year.  And the Court -- I'm just going to give you that date

19 because you need a close date, and I'm not setting any other

20 dates after that.  So you can work around with Judge Cox after

21 you see -- you talk to her about that.  You can include that

22 date or adjust it and tell her the reasons why.  And all

23 discovery matters and disputes will go to her.  Is there

24 anything else you need to deal with right now?

25         MR. SEARS:  Yes, Your Honor.  This is Will Sears,

1  Quinn Emanuel, for the plaintiffs.  One question or

2  clarification.  Understanding that discovery disputes will go

3  to Judge Cox, at the end of our status report there is one

4  issue that we flagged for the Court.  It's not strictly a

5  discovery issue.  As the Court, I think is aware, this is a

6  breach of guarantee case.

7          THE COURT:  Yes.

8          MR. SEARS:  The loan documents that the defendant

9  signed in this case entitle our clients to certain information

10 about his financial condition to establish the collateral and

11 the performance of the loans.  We've been requesting that

12 information from the defendant for some time.  In fact, before

13 this case was even filed.  We reiterated our request since

14 defendant retained counsel at the end of November.  The

15 defendant has agreed to provide some of this information.  We

16 got some of it last night.

17         I don't know if there's a substantive dispute about

18 our rights under the loan documents.  As I understand it, and

19 Mr. Schumacher can correct me if I'm wrong, they're not really

20 disputing that they need to provide this information.  There is

21 a timing issue, Your Honor.  It's taken weeks and weeks and

22 multiple requests just to --

23         THE COURT:  All right.  Counsel, I'm going to stop

24 you right there.  I'm going to stop you right there.  This is

25 just why we have magistrate judges, and that's why I'm

1   referring you to the magistrate judge.  You are sort of

2   skirting whether it's discovery, but you requested information,

3   and they had started to give it to you.  You're not sure

4   whether you've got everything you need.  You need to have it in

5   a certain amount of time.  Judge Cox will take care of all of

6   that.  All right.  That's where you'll go.

7               MR. SEARS:  Understood, Your Honor.  Thank you.

8               THE COURT:  All right.  Thank you.  And she will have

9   this matter.  She will know about it before the close of

10  business today, and she will take whatever steps to get you in

11  front of her to discuss anything further.  All right?

12              MR. SEARS:  Thank you, Your Honor.

13              MR. SCHUMACHER:  Thank you, Your Honor.

14              MR. WHITMER:  Thank you, Your Honor.

15              THE COURT:  All right.  Is there anything else from

16  defense?

17              MR. SCHUMACHER:  No, Your Honor.

18              THE COURT:  All right.  Thank you.  We're going to

19  set a status here, and we will have -- and just so you all know

20  up front, there's not going to be any dispositive motion

21  deadlines set by Judge Cox, not yet, because the Court -- since

22  I'm going to be the one undertaking that, I'll wait until we

23  get closer to that time and after discovery issues are all but

24  completed, and also give you ample opportunity to try to settle

25  this matter before we start talking about dispositive motions,

1  so -- and she will also have the matter referred for that.  So

2  let's look at June, Yvette.

3          THE CLERK:  June 7th at 9:30 a.m.

4          THE COURT:  How is that for the plaintiffs?

5          MR. SEARS:  That works for us, Your Honor.  Thank

6  you.

7          THE COURT:  Defense?

8          MR. SCHUMACHER:  That works for us, Your Honor.

9          THE COURT:  All right.  To my knowledge even at that

10  point since it will just be a status, we will probably still be

11  by phone.  But anytime after that hopefully, we'll keep fingers

12  crossed, that we'll be seeing each other in person.  All right.

13  Everybody be safe and be healthy.  Thank you.

14          MR. SEARS:  Thank you, Your Honor.

15          MR. SCHUMACHER:  Thank you.

16          MR. WHITMER:  Thank you.

17                         CERTIFICATE

18          I HEREBY CERTIFY that the foregoing is a true,

19  correct and complete transcript of the proceedings had at the

20  hearing of the aforementioned cause on the day and date hereof.

21

22  /s/TRACEY D. McCULLOUGH                    February 9, 2021

23  Official Court Reporter                         Date
    United States District Court
24  Northern District of Illinois
    Eastern Division

25