```
 1              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                         EASTERN DIVISION

 3
    ZHU ZHAI HOLDINGS, LIMITED, and    ) No. 20 C 4985
 4  PETER PUI TAK LEE,                 )
                                       )
 5                      Plaintiffs,    )
                                       )
 6             v.                      )
                                       )
 7  STEVEN IVANKOVICH,                 ) May 21, 2021
                                       ) Chicago, Illinois
 8                                     ) 10:35 a.m.
                        Defendant.     ) Telephonic Motion Hearing
 9

10                 TRANSCRIPT OF PROCEEDINGS
            BEFORE THE HONORABLE SHARON JOHNSON COLEMAN
11

12  APPEARANCES:

13  For the Plaintiffs:     QUINN EMANUEL URQUHART & SULLIVAN, LLP
                            865 South Figueroa Street
14                          Suite 3000
                            Los Angeles, California  90017
15                          BY:  MR. WILL SEARS

16                          QUINN EMANUEL URQUHART & SULLIVAN, LLP
                            1300 I Street, NW
17                          Suite 900
                            Washington, DC  20005
18                          BY:  MR. TYLER WHITMER

19  For the Defendant:      KOPECKY SCHUMACHER ROSENBURG, PC
                            120 North LaSalle Street
20                          Suite 2000
                            Chicago, Illinois  60602
21                          BY:  MR. DARYL M. SCHUMACHER

22

23              TRACEY DANA McCULLOUGH, CSR, RPR
                       Official Court Reporter
24                   219 South Dearborn Street
                             Room 1232
25                    Chicago, Illinois  60604
                          (312) 435-5570
```

```
 1              THE CLERK:  20 CV 4985, Zhu Zhai Holdings Limited
 2    versus Ivankovich.
 3              THE COURT:  Good morning.  Plaintiff.
 4              MR. SEARS:  Good morning, Your Honor.  This is Will
 5    Sears, Quinn Emanuel for the plaintiff.  And I believe Tyler
 6    Whitmer and Robert Joynt also from Quinn Emanuel for the
 7    plaintiffs are on the line as well.
 8              THE COURT:  All right.  Each of you I need --
 9              MR. WHITMER:  I am, Your Honor.
10              THE COURT:  Yes, each -- each of you for the
11    plaintiffs state your name because we're still remote, and the
12    court reporter needs to hear your voices.  Proceed.
13              MR. WHITMER:  Yes.  Sorry, Your Honor.  This is Tyler
14    Whitmer from Quinn Emanuel for the plaintiffs.
15              THE COURT:  All right.  Anyone else?
16              MR. JOYNT:  And this Robert Joynt, Quinn Emanuel, for
17    the plaintiffs, Your Honor.
18              THE COURT:  All right.  Thank you very much.  Again,
19    thank you for your patience.  Anyone on for the defense?
20              MR. SCHUMACHER:  Good morning, Your Honor.  Darryl
21    Schumacher.  I'm the movant on behalf of defendant Ivankovich,
22    who I believe is also on the line.
23              THE COURT:  All right.  And, Mr. Ivankovich, do you
24    want to state your name?
25              MR. IVANKOVICH:  Yes.  Steve Ivankovich on the line
```

1  as well.
2   THE COURT: All right. Thank you very much. Go
3  ahead, Mr. Schumacher. I'm sorry. Was there somebody else?
4  All right. Mr. Schumacher, go ahead with your motion.
5   MR. SCHUMACHER: Thank you, Your Honor. We obviously
6  filed a motion to withdraw as counsel for defendant Steve
7  Ivankovich. The basis for the motion is I'm having difficulty
8  moving things forward, particularly with the vendor in getting
9  the vendor paid to advance discovery. And that's the basis of
10 the motion.
11  THE COURT: All right.
12  MR. SCHUMACHER: Mr. Ivankovich is aware. He's on
13 the phone. I don't believe he objects, but he can speak for
14 himself.
15  THE COURT: Is that correct, Mr. Ivankovich? You
16 have no objection. You understand?
17  MR. IVANKOVICH: That's correct. I, I -- I don't
18 object.
19  THE COURT: All right. So you don't object. You're
20 on the phone. You understand your lawyer is now asking to
21 be -- to withdraw from the case. And the Court will grant his
22 motion. So where are we now? Do you intend to have a new
23 lawyer, Mr. Ivankovich, or represent yourself?
24  MR. IVANKOVICH: Yes, I do -- I do intend to
25 substitute counsel.

1     THE COURT: All right. Within what?  30 days?

2     MR. IVANKOVICH: Within 30 days, correct.

3     THE COURT: All right. I'm going to give a 30-day
4  date on that from today. Go ahead, Miss Montanez.

5     THE CLERK: That's June 21st.

6     THE COURT: All right. June 21st will be a status
7  for your counsel to have filed his or her appearance and be
8  present in court.

9     MR. IVANKOVICH: Thank you, Your Honor.

10     THE COURT: And wait. What time again, Yvette?

11     THE CLERK: 9:15 a.m.

12     THE COURT: 9:15 on June 21st in the courthouse.
13  Thank you.

14     MR. SCHUMACHER: Thank you, Your Honor.

15     THE COURT: Thank you all.

16                    CERTIFICATE

17     I HEREBY CERTIFY that the foregoing is a true,
18  correct and complete transcript of the proceedings had at the
19  hearing of the aforementioned cause on the day and date hereof.

20

21  /s/TRACEY D. McCULLOUGH                         May 24, 2021

22  Official Court Reporter                              Date
    United States District Court
23  Northern District of Illinois
    Eastern Division

24

25