



**CHASE** ◯
Court Orders and Levies
RCO Centralized Mail
Mail Code: LA4-7200
700 Kansas Lane
Monroe, LA 71203-4774
Phone: 1-866-578-7022

**FILED**

FEB 02 2022

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IL - US DISTRICT COURT
219 S DEARBORN STREET
CHICAGO, IL 60604

**RE: ZHU ZHAI HOLDINGS LIMITED ET AL v. STEVEN IVANKOVICH Case No.: 20CV4985, IL - US DISTRICT COURT**

JPMorgan Chase Bank, N.A. is in receipt of your CITATION TO DISCOVER ASSETS against the following debtor(s): STEVEN IVANKOVICH

Memo: No Deposit Accounts

### Answers

| | |
|---|---|
| Did you have in your possession, custody or control any personal property or monies belonging to the judgment debtor? | NO |
| Is this an IRA account or are all funds in the account(s) exempt funds? | NO |
| Is/are the account(s) current balance equal to or less than the total of the exempt deposits? | Not Applicable |
| List all electronic deposits into account(s) and their source(s): | Not Applicable |
| List adverse claims | Not Applicable |
| Signature | /s/ Lucia P Vela |

These responses are based upon a search of data contained in JPMorgan Chase Bank, N.A's centralized customer identification and account information system. That system may not necessarily capture all relevant information concerning the judgment debtor(s) or accounts.

Please allow this letter to serve as JPMorgan Chase Bank, N.A's answer to the CITATION TO DISCOVER ASSETS. If you should have any questions regarding this matter, please contact JPMorgan Chase Bank, N.A. at 1-866-578-7022.

Sincerely,


Lucia P Vela
Transactions Specialist III
JPMorgan Chase Bank, N.A.


Date: Friday, Jan 21, 2022