

**FILED**

FEB 14 2022

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ZHU ZHAI HOLDINGS LIMITED and )
PETER PUI TAK LEE, )
          Plaintiffs, )
v. ) Case No. 20-cv-4985
 )
STEVEN IVANKOVICH, )
          Defendant. )

> No social security number have been provided. Please provide full social security number and resubmit document with required information to accurately and appropriately process the garnishment order.

**ANSWER TO CITATION PROCEEDING BY CUSHMAN & WAKEFIELD**

1. **Information about the respondent and the debtor:**

    a. Institution's name: CUSHMAN & WAKEFIELD
    b. Bank's address: 225 West Wacker Drive, Suite 3000, Chicago, IL 60606
    c. Debtor's name: Steven Ivankovich, 101 West Grand Avenue, Suite 200, Chicago, IL 60654-7130
    d. Debtor's social security number (last 4 digits):
    e. Judgment: $4,503,842.00

2. **Interrogatories:**

    a. On the date of service of the *Citation*, do you have any personal property or money belonging to the debtor?

    _____ Yes        _____ No

    *** If no, do not fille out the rest of the form. Sign below. ***

    b. Is any of the money deposited into an IRA?

    _____ Yes. If yes, do not freeze the IRA accounts.  _____ No

    c. Have all of the deposits made in the past 90 days been electronically deposited and identified as Social Security, Unemployment Compensation, Public Assistance, Veteran's Benefits, Pension, or Retirement?

    _____ Yes. If yes, do not freeze the account.  _____ No

    d. Is the account's current balance equal to or less than the total of the exempt deposits?

    _____ Yes. If yes, do not freeze the account.  _____ No

5

Page 3

000000000 09990-A000383 

If you checked **No** in **b, c,** and **d**, then freeze up to double the amount of the judgment.

3. **Property:**
   a. Account

| Account Type | Account Balance | Amount Withheld |
|---|---|---|
| 1. | $ | $ |
| 2. | $ | $ |
| 3. | $ | $ |
| 4. | $ | $ |
| 5. | $ | $ |
| 6. | $ | $ |

   b. Safety Deposit: _____ Yes _____ No

   c. Other property (*rents, mortgages, etc.*)

| Describe Property | Value of Property | Amount Withheld |
|---|---|---|
| 1. | $ | $ |
| 2. | $ | $ |

   d. Less Right of Offset for Loans: $_____

   **Total Amount Frozen: $_____**

4. **List all electronic monthly deposits:**

| Account Number | Source of Deposit | Monthly Amount |
|---|---|---|
| 1. | $ | $ |
| 2. | $ | $ |
| 3. | $ | $ |

5. **List all joint account holders or anyone who has a claim on the property**

   a. _____
      First          Middle              Last Name,

   _____
   Street

   _____
   City                State              Zip

   Account Information: Type: ____ Checking ____ CD ____ Savings

6

Page 4

Account Number: _____

b. _____
   First           Middle           Last Name

_____
Street

_____
City           State           Zip

Account Information: Type: ____ Checking ____ CD ____ Savings

Account Number: _____

c. _____
   First           Middle           Last Name

_____
Street

_____
City           State           Zip

Account Information: Type: ____ Checking ____ CD ____ Savings

Account Number: _____

I certify that everything in the *Answer to Citation Proceeding* is true and correct. I understand that making a false statement on this form is perjury and has penalties provided by law.

**Alight Solutions Garnishment Department**
Your Signature                      Street Address

**Alight Solutions Third Party Garnishment Services**
Print Your Name                   City, State, ZIP

                                            Vendor # 1-888-365-5406
                                            Employee # 1-888-365-5406
Date: 02-01-2022                    Telephone

***In lieu of a court appearance, mail or hand-deliver a copy of this completed *Answer* to the Clerk, United States District Court, Northern District Illinois, 219 South Dearborn Street, Chicago, Illinois 60604, Counsel for Judgment Creditors and to Judgment Debtor (addresses above). ***

7

000000000 09990-A000383

# alight

ALIGHT SOLUTIONS
PO Box 1495
Lincolnshire, IL 60069-1495

February 04, 2022

 A000383

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IL
219 S DEARBORN ST
CHICAGO IL  60604

To Whom It May Concern:

Re: / Case # 20-cv-4985

The enclosed correspondence is being sent to your office in response to documentation received by Alight Solutions, LLC.

We process wage withholding orders and levies on behalf of Cushman & Wakefield, Inc.. If you need assistance or have additional questions, please contact us at 1-888-365-5406.

Please mail any additional information to Cushman & Wakefield, Inc. 55 Westport Plaza, Suite 600, St. Louis, MO 63146 or fax to 877-338-1617.

Sincerely,

Alight Solutions, LLC
Garnishment Shared Service Team
Enclosures



000000000 09990-A000383