## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
NORTHERN District of Illinois

Case Number: 20-CV-4985

Plaintiffs,:
ZHU ZHAI HOLDINGS LIMITED and PETER PUI TAK LEE,

vs.

Defendant.:
STEVEN IVANKOVICH

For:
AMIR TAHMASSEBI, ESQ.
KONICEK & DILLON, PC
70 WEST MADISON, SUITE 2060
CHICAGO, IL 60602

Received by TRI-COUNTY INVESTIGATIONS on the 23rd day of March, 2022 at 11:40 am to be served on **J & S FAMILY, LLC C/O CORPORATE CREATIONS NETWORK, INC., REGISTERED AGENT, 801 U.S. HIGHWAY ONE, NORTH PALM BEACH, FL 33408**.

I, MARSHALL A. BISHOP, being duly sworn, depose and say that on the **23rd day of March, 2022** at **4:53 pm**, I:

served a **CORPORATION** by serving a true copy of the **THIRD - PARTY CITATION TO DISCOVER ASSETS TO J & S FAMILY, LLC / ANSWER TO CITATION PROCEEDING BY J&S FAMILY, LLC / CITATION NOTICE** with the date and hour of service endorsed thereon by me, to: **CORPORATE CREATIONS NETWORK, INC.** as **Registered Agent** at the address of: **801 U.S. HIGHWAY ONE, NORTH PALM BEACH, FL 33408** on behalf of **J & S FAMILY, LLC**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and have proper authority in the jurisdiction in which this service was effected. Under the penalty of perjury, I declare I have read the foregoing documents and the facts stated in it are true to the best of my knowledge. I am a Certified Process Server / Special Appointed Process Server, in good standing, in the judicial circuit in which the process was served and no Notary is required under F.S.S. 92.525 (2).AT THE TIME OF SERVICE OF PROCESS, PROCESS SERVER WAS WEARING P.P.E. IN STRICT ACCORDANCE WITH STATE AND LOCAL MANDATES.

Subscribed and Sworn to before me on the 13th day of April, 2022 by the affiant who is personally known to me.

NOTARY PUBLIC

MARSHALL A. BISHOP
Certified Process Server #785

TRI-COUNTY INVESTIGATIONS
621 PLAINFIELD ROAD, SUITE 204
WILLOWBROOK, IL 60527

Our Job Serial Number: TEN-2022000747

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.1z