# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Zhu Zhai Holdings Limited, et al.
         Plaintiff,

v.                   Case No.: 1:20−cv−04985
                   Honorable Sharon Johnson Coleman

Steven Ivankovich
         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 9, 2022:

  MINUTE entry before the Honorable Sharon Johnson Coleman: Because the evidence plaintiffs presented in support of their amended motion for turnover of Stifel Financial Corporation Funds does not sufficiently establish that Stifel Financial is holding the assets of judgment debtor Ivankovich, the Court denies plaintiffs' turnover motion [158]. See RJ Construction Supply Company, Inc. v. Adamusik, 70 N.E.3d 266, 271, 410 Ill.Dec. 449, 454, 2017 IL App (1st) 160778, 14 (1st Dist. 2017). Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.