IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ZHU ZHAI HOLDINGS LIMITED and )
PETER PUI TAK LEE, )
                 Plaintiffs, )
v.      ) Case No. 20-cv-4985
                                     )
STEVEN IVANKOVICH, )
                 Defendant. )

### ANSWER TO CITATION PROCEEDING BY P2 PORTFOLIO MANAGING MEMBER LLC

1. **Information about the respondent and the debtor:**

   a. Institution's name: P2 Portfolio Managing Member LLC
   b. Institution's address: c/o Michael W. Debre
   c. Debtor's name: Steven Ivankovich, 382 NE 191st Street, Miami, FL 33179
   d. Debtor's social security number (last 4 digits): 0903
   e. Judgment: $4,503,842.00

2. **Interrogatories:**

   a. On the date of service of the *Citation*, do you have any money, accounts or assets in which the debtor or an entity in which the debtor has ownership or control in or any other personal property, investment accounts, real property, or other assets belonging to the debtor, or in which the debtor has an interest?

   _____ Yes        X _____ No Debtor is a Manager of P2 Portfolio Managing Member LLC

   *** If no, do not fille out the rest of the form. Sign below. ***

   b. Is any of the money deposited into an IRA?

   _____ Yes. If yes, do not freeze the IRA accounts. _____ No

   c. Have all of the deposits made in the past 90 days been electronically deposited and identified as Social Security, Unemployment Compensation, Public Assistance, Veteran's Benefits, Pension, or Retirement?

   _____ Yes. If yes, do not freeze the account. _____ No

   d. Is the account's current balance equal to or less than the total of the exempt deposits?

   _____ Yes. If yes, do not freeze the account. _____ No

5

If you checked **No** in **b**, **c**, and **d**, then freeze up to double the amount of the judgment.

3. **Property:** The Court as entered orders in this case on this issue. The assets of this LLC are not owned by the debtor.
   a. Accounts of companies in which the debtor has an interest in or can exercise control of.

| Account Type | Account Balance | Amount Withheld |
|---|---|---|
| 1. | $ | $ |
| 2. | $ | $ |
| 3. | $ | $ |

   b. Safety Deposit: _____ Yes _____ No

   c. Other property (*rents, mortgages, etc.*)

| Describe Property | Value of Property | Amount Withheld |
|---|---|---|
| 1. | $ | $ |
| 2. | $ | $ |
| 3. | $ | $ |
| 4. | $ | $ |
| 5. | $ | $ |
| 6. | $ | $ |

   d. Other assets, accounts or property in which the debtor has an interest:

| Describe Asset or account | Value of Asset | Describe Debtor's Ownership Interest |
|---|---|---|
| 1. | $ | $ |
| 2. | $ | $ |
| 3. | $ | $ |
| 4. | $ | $ |
| 5. | $ | $ |
| 6. | $ | $ |

   e. Less Right of Offset for Loans: $_____

**Total Amount Frozen: $**_____

4. **List all electronic monthly deposits:**

| Account Number | Source of Deposit | Monthly Amount |
|---|---|---|
| 1. | $ | $ |
| 2. | $ | $ |
| 3. | $ | $ |

5. **List all joint account holders or anyone who has a claim on the property**

   a. _____
      First          Middle              Last Name

   _____
   Street

   _____
   City                    State                   Zip

   Account Information: Type: ____ Checking _____ CD _____ Savings

   Account Number: _____

   b. _____
      First          Middle              Last Name

   _____
   Street

   _____
   City                    State                   Zip

   Account Information: Type: ____ Checking _____ CD _____ Savings

   Account Number: _____

   c. _____
      First          Middle              Last Name

   _____
   Street

   _____
   City                    State                   Zip

   Account Information: Type: ____ Checking _____ CD _____ Savings
                              u
   Account Number: _____

**I certify that everything in the *Answer to Citation Proceeding* is true and correct. I understand that making a false statement on this form is perjury and has penalties provided by law.**

_[signature]_____         791 Crandon_____
Your Signature                               Street Address

7

| | |
|---|---|
| Steven Ivankovich | Key Biscayne, FL 33149 |
| *Print Your Name* | *City, State, ZIP* |
| | |
| | (312) 961-1981 |
| | *Telephone* |

***In lieu of a court appearance, mail or hand-deliver a copy of this completed** Answer* **to the Clerk, United States District Court, Northern District Illinois, 219 South Dearborn Street, Chicago, Illinois 60604, Counsel for Judgment Creditors and to Judgment Debtor (addresses above). ***

8