EXHIBIT 10

| Property | Details | Posting Date | Description | Amount | Type | Balance | Check or Slip # |
|---|---|---|---|---|---|---|---|
| Atlas Aq-35 | DEBIT | ######## | Payment to | -9180 | ACCT_XFER | 1.02 | |
| Atlas Aq-35 | CREDIT | ######## | Online Tran | 10000 | ACCT_XFER | 9181.02 | |
| Glencoe-82 | DEBIT | ######## | ONLINE DC | -9000 | WIRE_OUT | 102155.4 | |
| Glencoe-82 | DEBIT | ######## | ONLINE DC | -2000 | WIRE_OUT | 111155.4 | |
| Glencoe-82 | DEBIT | ######## | ONLINE DC | -2000 | WIRE_OUT | 113155.4 | |
| Glencoe-82 | DEBIT | ######## | ONLINE INT | -2500 | WIRE_OUT | 115155.4 | |
| Glencoe-82 | DEBIT | ######## | ONLINE DC | -10000 | WIRE_OUT | 117655.4 | |
| Glencoe-82 | DEBIT | ######## | ONLINE DC | -42345.5 | WIRE_OUT | 127655.4 | |
| Glencoe-82 | DEBIT | ######## | Online Tran | -10000 | ACCT_XFER | 170000.9 | |
| Glencoe-82 | CREDIT | ######## | FEDWIRE C | 180000 | WIRE_INCO | 180000.9 | |
| The Warwi | DEBIT | ######## | LEASERUNI | -37 | DEBIT_CAR | -397.75 | |
| P5 | DEBIT | ######## | SERVICE CH | -770 | FEE_TRANS | -768.52 | |
| Atlas Aq-35 | DEBIT | ######## | Payment to | -3000 | ACCT_XFER | 1.02 | |
| Atlas Aq-35 | CREDIT | ######## | Online Tran | 3000 | ACCT_XFER | 3001.02 | |
| Glencoe-82 | DEBIT | ######## | Online Tran | -3000 | ACCT_XFER | 13983.05 | |
| Glencoe-82 | DEBIT | ######## | ONLINE DC | -3972.33 | WIRE_OUT | 16983.05 | |
| Glencoe-82 | DEBIT | ######## | ONLINE DC | -2000 | WIRE_OUT | 20955.38 | |
| Glencoe-82 | DEBIT | ######## | ONLINE INT | -2500 | WIRE_OUT | 22955.38 | |
| Glencoe-82 | DEBIT | ######## | ONLINE DC | -5000 | WIRE_OUT | 25455.38 | |
| Glencoe-82 | DEBIT | ######## | ONLINE DC | -1400 | WIRE_OUT | 30455.38 | |
| Glencoe-82 | DEBIT | ######## | ONLINE DC | -2000 | WIRE_OUT | 31855.38 | |
| Glencoe-82 | DEBIT | ######## | ONLINE DC | -50000 | WIRE_OUT | 33855.38 | |
| Glencoe-82 | DEBIT | ######## | ONLINE DC | -15000 | WIRE_OUT | 83855.38 | |
| Glencoe-82 | DEBIT | ######## | ONLINE DC | -3300 | WIRE_OUT | 98855.38 | |
| Atlas Aq-35 | DEBIT | ######## | Payment to | -6650 | ACCT_XFER | 1.02 | |
| Atlas Aq-35 | CREDIT | ######## | Online Tran | 6650 | ACCT_XFER | 6651.02 | |
| Glencoe-82 | DEBIT | ######## | Online Tran | -6650 | ACCT_XFER | 0.63 | |
| Glencoe-82 | DEBIT | ######## | ORIG CO N. | -1442 | ACH_DEBIT | 6650.63 | |
| Glencoe-82 | DEBIT | ######## | ORIG CO N. | -5890.42 | ACH_DEBIT | 8092.63 | |
| The Warwi | CREDIT | ######## | Online Tran | 397.75 | ACCT_XFER | 0 | |
| Forest Park | CREDIT | ######## | Online Tran | 557.82 | ACCT_XFER | | |
| P5 | DEBIT | ######## | ONLINE DC | -5911.05 | WIRE_OUT | 341.22 | |
| P5 | DEBIT | ######## | ONLINE DC | -104.72 | WIRE_OUT | 6252.27 | |
| P5 | DEBIT | ######## | ONLINE DC | -3256.31 | WIRE_OUT | 6356.99 | |
| P5 | DEBIT | ######## | ONLINE DC | -1500 | WIRE_OUT | 9613.3 | |
| P5 | DEBIT | ######## | ONLINE DC | -2916.11 | WIRE_OUT | 11113.3 | |
| P5 | DEBIT | ######## | ONLINE DC | -14652.9 | WIRE_OUT | 14029.41 | |
| P5 | DEBIT | ######## | ONLINE DC | -2917 | WIRE_OUT | 28682.31 | |
| P5 | DEBIT | ######## | ONLINE DC | -2957 | WIRE_OUT | 31599.31 | |
| P5 | DEBIT | ######## | ONLINE DC | -1121.92 | WIRE_OUT | 34556.31 | |
| P5 | DEBIT | ######## | ONLINE DC | -2901.63 | WIRE_OUT | 35678.23 | |
| P5 | DEBIT | ######## | ONLINE DC | -4464 | WIRE_OUT | 38579.86 | |
| P5 | DEBIT | ######## | ONLINE DC | -3502.52 | WIRE_OUT | 43043.86 | |
| P5 | DEBIT | ######## | ONLINE DC | -2468.75 | WIRE_OUT | 46546.38 | |
| P5 | DEBIT | ######## | ONLINE DC | -1189.76 | WIRE_OUT | 49015.13 | |
| P5 | DEBIT | ######## | ONLINE DC | -750 | WIRE_OUT | 50204.89 | |

DEFENDANT'S EXHIBIT 10 PENGAD 800-631-6989

| Account | Type | Date | Description | Amount | Category | Balance |
|---|---|---|---|---|---|---|
| P5 | DEBIT | ######## | ONLINE DC | -2917 | WIRE_OUT | 50954.89 |
| P5 | DEBIT | ######## | ONLINE DC | -1039.33 | WIRE_OUT | 53871.89 |
| P5 | DEBIT | ######## | ONLINE DC | -2966 | WIRE_OUT | 54911.22 |
| P5 | DEBIT | ######## | ONLINE DC | -2185.8 | WIRE_OUT | 57877.22 |
| P5 | DEBIT | ######## | ONLINE DC | -2307.07 | WIRE_OUT | 60063.02 |
| P5 | DEBIT | ######## | ONLINE DC | -2222.57 | WIRE_OUT | 62370.09 |
| P5 | DEBIT | ######## | ONLINE DC | -2919.26 | WIRE_OUT | 64592.66 |
| P5 | DEBIT | ######## | ONLINE DC | -1046.66 | WIRE_OUT | 67511.92 |
| P5 | DEBIT | ######## | ONLINE DC | -1133.6 | WIRE_OUT | 68558.58 |
| P5 | DEBIT | ######## | ONLINE DC | -3256.31 | WIRE_OUT | 69692.18 |
| P5 | DEBIT | ######## | Zelle paym | -750 | QUICKPAY_ | 72948.49 |
| P5 | DEBIT | ######## | ONLINE DC | -953.92 | WIRE_OUT | 73698.49 |
| P5 | DEBIT | ######## | ONLINE DC | -1500 | WIRE_OUT | 74652.41 |
| P5 | DEBIT | ######## | ONLINE DC | -2957 | WIRE_OUT | 76152.41 |
| P5 | DEBIT | ######## | Online Trar | -397.75 | ACCT_XFEF | 79109.41 |
| P5 | DEBIT | ######## | Online Trar | -14 | ACCT_XFEF | 79507.16 |
| P5 | DEBIT | ######## | Online Trar | -557.82 | ACCT_XFEF | 79521.16 |
| The Warwi | DEBIT | ######## | LEASERUNI | -37 | DEBIT_CAR | 0 |
| The Warwi | CREDIT | ######## | Online Trar | 37 | ACCT_XFEF | 37 |
| P5 | DEBIT | ######## | Online Trar | -37 | ACCT_XFEF | 304.22 |
| Atlas Aq-35 | DEBIT | ######## | Online Trar | -200 | ACCT_XFEF | 1.02 |
| Atlas Aq-35 | CREDIT | ######## | Online Trar | 200 | ACCT_XFEF | 201.02 |
| P5 | DEBIT | ######## | Online Trar | -12 | ACCT_XFEF | 92.22 |
| Coulter Lar | DEBIT | ######## | ORIG CO N. | -43.29 | ACH_DEBIT | -42.58 |
| P5 | DEBIT | ######## | OFFICEMA) | -92.22 | DEBIT_CAR | 0 ci |
| Atlas Aq-35 | DEBIT | ######## | ORIG CO N. | -204.99 | ACH_DEBIT | -203.97 |
| Atlas H-368 | DEBIT | ######## | ONLINE IN | -1000 | WIRE_OUT | 1143.21 |
| Atlas H-368 | DEBIT | ######## | ONLINE DC | -6600 | WIRE_OUT | 2143.21 |
| Atlas H-368 | CREDIT | ######## | FEDWIRE C | 8750 | WIRE_INCC | 8743.21 |
| Atlas H-368 | DEBIT | ######## | ONLINE IN | -1000 | WIRE_OUT | 143.21 |
| Atlas H-368 | DEBIT | ######## | Online Trar | -43 | ACCT_XFEF | 100.21 |
| The Warwi | DEBIT | ######## | ORIG CO N. | -324.75 | ACH_DEBIT | -324.75 |
| Forest Park | CREDIT | ######## | FEDWIRE C | 55000 | WIRE_INCC | |
| P5 | CREDIT | ######## | Online Trar | 100000 | ACCT_XFEF | 100000 |
| Atlas Aq-35 | DEBIT | ######## | Payment tc | -10000 | ACCT_XFEF | 196.03 |
| Atlas Aq-35 | CREDIT | ######## | Online Trar | 1400 | ACCT_XFEF | 10196.03 |
| Atlas Aq-35 | CREDIT | ######## | Online Trar | 9000 | ACCT_XFEF | 8796.03 |
| Atlas H-368 | DEBIT | ######## | Online Trar | -9000 | ACCT_XFEF | 11100.21 |
| Atlas H-368 | DEBIT | ######## | Online Trar | -100000 | ACCT_XFEF | 20100.21 |
| Atlas H-368 | CREDIT | ######## | FEDWIRE C | 120000 | WIRE_INCC | 120100.2 |
| The Warwi | CREDIT | ######## | Online Transfer from C | | ACCT_XFEF | 3 |
| Forest Park | CREDIT | ######## | Online Trar | 16658.18 | ACCT_XFEF | |
| P5 | DEBIT | ######## | Online Trar | -4000 | ACCT_XFEF | 49080.35 |
| P5 | DEBIT | ######## | Online Trar | -16658.2 | ACCT_XFEF | 53080.35 |
| P5 | DEBIT | ######## | Online Trar | -25261.5 | ACCT_XFEF | 69738.53 |
| P5 | DEBIT | ######## | Zelle paym | -5000 | CHASE_TO_ | 95000 |
| Caribbean | DEBIT | ######## | ONLINE DC | -5924.66 | WIRE_OUT | 10752.85 |

| Account | Type | Date | Description | Amount | Category | Balance | Note |
|---|---|---|---|---|---|---|---|
| Caribbean | DEBIT | ######## | ONLINE DC | -7530 | WIRE_OUT | 16677.51 | |
| Caribbean | DEBIT | ######## | ONLINE DC | -1500 | WIRE_OUT | 24207.51 | |
| Caribbean | CREDIT | ######## | Online Tran | 445.34 | ACCT_XFER | 25707.51 | |
| Caribbean | CREDIT | ######## | Online Tran | 25261.47 | ACCT_XFER | 25262.17 | |
| Windtree | CREDIT | ######## | Online Tran | 4000 | ACCT_XFER | 4001 | |
| Atlas Aq-35 | DEBIT | ######## | Payment to | -90489.1 | ACCT_XFER | 6.91 | |
| Atlas Aq-35 | CREDIT | ######## | Online Tran | 90300 | ACCT_XFER | 90496.03 | |
| Atlas H-368 | DEBIT | ######## | ONLINE DC | -3500 | WIRE_OUT | 26272.46 | |
| Atlas H-368 | DEBIT | ######## | Online Tran | -90300 | ACCT_XFER | 29772.46 | |
| Atlas H-368 | DEBIT | ######## | Online Tran | -327.75 | ACCT_XFER | 120072.5 | |
| Atlas H-368 | DEBIT | ######## | ONLINE DC | -1700 | WIRE_OUT | 120400.2 | |
| Atlas H-368 | DEBIT | ######## | ONLINE DC | -9000 | WIRE_OUT | 122100.2 | |
| Atlas H-368 | CREDIT | ######## | FEDWIRE C | 120000 | WIRE_INCO | 131100.2 | |
| Forest Park | CREDIT | ######## | Online Tran | 3880 | ACCT_XFER | | |
| Forest Park | CREDIT | ######## | Online Tran | 585 | ACCT_XFER | | |
| P5 | DEBIT | ######## | Online Tran | -3880 | ACCT_XFER | 20331.97 | |
| P5 | DEBIT | ######## | ONLINE DC | -1000 | WIRE_OUT | 24211.97 | |
| P5 | DEBIT | ######## | ONLINE DC | -2024.32 | WIRE_OUT | 25211.97 | |
| P5 | DEBIT | ######## | ONLINE DC | -750 | WIRE_OUT | 27236.29 | |
| P5 | DEBIT | ######## | ONLINE DC | -2917 | WIRE_OUT | 27986.29 | |
| P5 | DEBIT | ######## | ONLINE DC | -1133.6 | WIRE_OUT | 30903.29 | |
| P5 | DEBIT | ######## | ONLINE DC | -2307.07 | WIRE_OUT | 32036.89 | |
| P5 | DEBIT | ######## | ONLINE DC | -3966 | WIRE_OUT | 34343.96 | |
| P5 | DEBIT | ######## | ONLINE DC | -1259 | WIRE_OUT | 38309.96 | |
| P5 | DEBIT | ######## | ONLINE DC | -2249.57 | WIRE_OUT | 39568.96 | |
| P5 | DEBIT | ######## | ONLINE DC | -1381.64 | WIRE_OUT | 41818.53 | |
| P5 | DEBIT | ######## | ONLINE DC | -2159.34 | WIRE_OUT | 43200.17 | |
| P5 | DEBIT | ######## | ONLINE DC | -1110.9 | WIRE_OUT | 45359.51 | |
| P5 | DEBIT | ######## | Zelle paym | -300 | QUICKPAY_ | 46470.41 | |
| P5 | DEBIT | ######## | Online Tran | -585 | ACCT_XFER | 46770.41 | |
| P5 | DEBIT | ######## | MITEL CLO | -401.48 | DEBIT_CAR | 47355.41 | wt |
| P5 | DEBIT | ######## | MITEL CLO | -331.42 | DEBIT_CAR | 47756.89 | tw |
| P5 | DEBIT | ######## | MITEL CLO | -289.4 | DEBIT_CAR | 48088.31 | fp |
| P5 | DEBIT | ######## | MITEL CLO | -182.99 | DEBIT_CAR | 48377.71 | cl |
| P5 | DEBIT | ######## | MITEL CLO | -219.59 | DEBIT_CAR | 48560.7 | ci |
| P5 | DEBIT | ######## | MITEL CLO | -300.06 | DEBIT_CAR | 48780.29 | ci |
| Caribbean | DEBIT | ######## | ORIG CO N. | -6065.11 | ACH_DEBIT | 3234.23 | |
| Caribbean | DEBIT | ######## | ALL DIRECT | -448.41 | DEBIT_CAR | 9299.34 | |
| Caribbean | DEBIT | ######## | THOMPSO | -718.25 | DEBIT_CAR | 9747.75 | |
| Caribbean | DEBIT | ######## | SPECTRUM | -170.56 | DEBIT_CAR | 10466 | |
| Caribbean | DEBIT | ######## | SPECTRUM | -116.29 | DEBIT_CAR | 10636.56 | |
| Atlas Aq-35 | DEBIT | ######## | ORIG CO N. | -204.99 | ACH_DEBIT | -198.08 | |
| Atlas H-368 | DEBIT | ######## | Zelle paym | -2500 | CHASE_TO_ | 11272.46 | |
| Atlas H-368 | DEBIT | ######## | ONLINE DC | -3500 | WIRE_OUT | 13772.46 | |
| Atlas H-368 | DEBIT | ######## | ONLINE DC | -9000 | WIRE_OUT | 17272.46 | |
| Atlas H-368 | DEBIT | 1/3/2022 | Zelle paym | -500 | CHASE_TO_ | 3606.86 | |
| Atlas H-368 | DEBIT | 1/3/2022 | Online Tran | -2100 | ACCT_XFER | 4106.86 | |

| Account | Type | Date | Description | Amount | Code | Balance | Note |
|---|---|---|---|---|---|---|---|
| Atlas H-368 | DEBIT | 1/3/2022 | Online Trar | -2300 | ACCT_XFER | 6206.86 | |
| Atlas H-368 | DEBIT | 1/3/2022 | ONLINE DC | -2500 | WIRE_OUT | 8506.86 | |
| Atlas H-368 | DEBIT | 1/3/2022 | ORIG CO N | -265.6 | ACH_DEBIT | 11006.86 | |
| Forest Park | DEBIT | 1/4/2022 | 4-EVERGO | 1025 | DEBIT_CAR | | |
| P5 | DEBIT | 1/4/2022 | ONLINE DC | -25000 | WIRE_OUT | 704.81 | wt |
| P5 | DEBIT | 1/4/2022 | LOCKE SUP | -127.16 | DEBIT_CAR | 25704.81 | cl |
| P5 | CREDIT | 1/4/2022 | Online Trar | 2000 | ACCT_XFER | 25831.97 | |
| P5 | CREDIT | 1/4/2022 | Online Trar | 3500 | ACCT_XFER | 23831.97 | |
| Windtree | DEBIT | 1/4/2022 | Online Trar | -2000 | ACCT_XFER | 2001 | |
| Atlas H-368 | DEBIT | 1/4/2022 | Online Trar | -3500 | ACCT_XFER | 106.86 | |
| P5 | DEBIT | 1/5/2022 | SERVICE CH | -1029 | FEE_TRANS | -324.19 | |
| Forest Park | CREDIT | 1/6/2022 | FEDWIRE C | 25000 | WIRE_INCC | | |
| P5 | DEBIT | 1/6/2022 | Zelle paym | -500 | CHASE_TO | -824.19 | |
| Forest Park | CREDIT | 1/7/2022 | Online Trar | 1000 | ACCT_XFER | | |
| Forest Park | CREDIT | 1/7/2022 | Online Trar | 295 | ACCT_XFER | | |
| Forest Park | CREDIT | 1/7/2022 | Online Trar | 175 | ACCT_XFER | | |
| P5 | DEBIT | 1/7/2022 | Online Trar | -295 | ACCT_XFER | 24689.81 | |
| P5 | DEBIT | 1/7/2022 | Online Trar | -1000 | ACCT_XFER | 24984.81 | |
| P5 | DEBIT | 1/7/2022 | Online Trar | -175 | ACCT_XFER | 25984.81 | |
| P5 | DEBIT | 1/7/2022 | Online Trar | -15 | ACCT_XFER | 26159.81 | |
| P5 | DEBIT | 1/7/2022 | Online Trar | -4209 | ACCT_XFER | 26174.81 | |
| P5 | CREDIT | 1/7/2022 | Online Trar | 6208 | ACCT_XFER | 30383.81 | |
| P5 | CREDIT | 1/7/2022 | Online Trar | 25000 | ACCT_XFER | 24175.81 | |
| Windtree | DEBIT | 1/7/2022 | Online Trar | -6208 | ACCT_XFER | 2 | |
| Windtree | CREDIT | 1/7/2022 | Online Trar | 4209 | ACCT_XFER | 6210 | |
| Forest Park | CREDIT | ######## | Online Trar | 985 | ACCT_XFER | | |
| P5 | DEBIT | ######## | Online Trar | -5000 | ACCT_XFER | 17684.12 | |
| P5 | DEBIT | ######## | Online Trar | -985 | ACCT_XFER | 22684.12 | |
| P5 | DEBIT | ######## | ROUTE 66 | -6020.69 | DEBIT_CAR | 23669.12 | wt |
| P5 | CREDIT | ######## | Online Trar | 5000 | ACCT_XFER | 29689.81 | |
| Atlas Aq-35 | DEBIT | ######## | Payment tc | -4500 | ACCT_XFER | 301.92 | |
| Atlas Aq-35 | CREDIT | ######## | Online Trar | 5000 | ACCT_XFER | 4801.92 | |
| Atlas H-368 | DEBIT | ######## | Online Trar | -5000 | ACCT_XFER | 20106.86 | |
| Atlas H-368 | CREDIT | ######## | FEDWIRE C | 25000 | WIRE_INCC | 25106.86 | |
| P5 | DEBIT | ######## | Zelle paym | -3000 | CHASE_TO | 14684.12 | |
| Atlas Aq-35 | DEBIT | ######## | Zelle paym | -100 | CHASE_TO | 201.92 | |
| Atlas Aq-35 | DEBIT | ######## | Payment tc | -10000 | ACCT_XFER | 301.92 | |
| Atlas Aq-35 | CREDIT | ######## | Online Trar | 10000 | ACCT_XFER | 10301.92 | |
| Atlas H-368 | DEBIT | ######## | Online Trar | -4573.92 | ACCT_XFER | 5532.94 | |
| Atlas H-368 | DEBIT | ######## | Online Trar | -10000 | ACCT_XFER | 10106.86 | |
| Forest Park | CREDIT | ######## | FEDWIRE C | 75000 | WIRE_INCC | | |
| P5 | DEBIT | ######## | Online Trar | -595 | ACCT_XFER | 89089.12 | |
| P5 | CREDIT | ######## | Online Trar | 75000 | ACCT_XFER | 89684.12 | |
| Caribbean | DEBIT | ######## | Zelle paym | -595 | CHASE_TO | 3234.23 | |
| Caribbean | CREDIT | ######## | Online Trar | 595 | ACCT_XFER | 3829.23 | |
| Atlas Aq-35 | DEBIT | ######## | Payment tc | -1560 | ACCT_XFER | 1.92 | |
| Atlas Aq-35 | DEBIT | ######## | Online Trar | -200 | ACCT_XFER | 1561.92 | |

| Account | Type | Date | Description | Amount | Code | Balance | Note |
|---|---|---|---|---|---|---|---|
| Atlas Aq-35 | CREDIT | ######## | Online Trar | 1560 | ACCT_XFER | 1761.92 | |
| Atlas H-368 | DEBIT | ######## | ORIG CO N, | -5750.18 | ACH_DEBIT | 2.76 | |
| Atlas H-368 | CREDIT | ######## | Online Trar | 20 | ACCT_XFER | 5752.94 | |
| Atlas H-368 | CREDIT | ######## | Online Trar | 200 | ACCT_XFER | 5732.94 | |
| P5 | DEBIT | ######## | Online Trar | -50000 | ACCT_XFER | 20029.66 | |
| P5 | DEBIT | ######## | Online Trar | -5600 | ACCT_XFER | 70029.66 | |
| P5 | DEBIT | ######## | Online Trar | -1200 | ACCT_XFER | 75629.66 | |
| P5 | DEBIT | ######## | CITY OF AB | -357.07 | DEBIT_CAR | 76829.66 | tw |
| P5 | DEBIT | ######## | CITY OF AB | -11902.4 | DEBIT_CAR | 77186.73 | tw |
| Caribbean | DEBIT | ######## | ONLINE DC | -50000 | WIRE_OUT | 3234.23 | |
| Caribbean | CREDIT | ######## | Online Trar | 50000 | ACCT_XFER | 53234.23 | |
| Windtree | CREDIT | ######## | Online Trar | 1200 | ACCT_XFER | 1202 | |
| Atlas Aq-35 | DEBIT | ######## | Payment to | -5600 | ACCT_XFER | 1.92 | |
| Atlas Aq-35 | CREDIT | ######## | Online Trar | 5600 | ACCT_XFER | 5601.92 | |
| P5 | DEBIT | ######## | Zelle paym | -846 | QUICKPAY_ | 94183.66 | |
| P5 | CREDIT | ######## | FEDWIRE C | 75000 | WIRE_INCC | 95029.66 | p5 |
| Forest Park | CREDIT | ######## | FEDWIRE C | 60000 | WIRE_INCC | | |
| P5 | DEBIT | ######## | Online Trar | -8000 | ACCT_XFER | 56855.19 | |
| P5 | DEBIT | ######## | Online Trar | -45 | ACCT_XFER | 64855.19 | |
| P5 | DEBIT | ######## | ONLINE DC | -3256.3 | WIRE_OUT | 64900.19 | |
| P5 | DEBIT | ######## | ONLINE DC | -1500 | WIRE_OUT | 68156.49 | |
| P5 | DEBIT | ######## | ONLINE DC | -2472.09 | WIRE_OUT | 69656.49 | |
| P5 | DEBIT | ######## | ONLINE DC | -2917 | WIRE_OUT | 72128.58 | |
| P5 | DEBIT | ######## | ONLINE DC | -2910.78 | WIRE_OUT | 75045.58 | |
| P5 | DEBIT | ######## | ONLINE DC | -3185.46 | WIRE_OUT | 77956.36 | |
| P5 | DEBIT | ######## | ONLINE DC | -2960.37 | WIRE_OUT | 81141.82 | |
| P5 | DEBIT | ######## | ONLINE DC | -4662.04 | WIRE_OUT | 84102.19 | |
| P5 | DEBIT | ######## | ONLINE DC | -3767.47 | WIRE_OUT | 88764.23 | |
| P5 | DEBIT | ######## | ONLINE DC | -1151.96 | WIRE_OUT | 92531.7 | |
| P5 | DEBIT | ######## | Online Trar | -10000 | ACCT_XFER | 93683.66 | |
| P5 | DEBIT | ######## | Online Trar | -10000 | ACCT_XFER | 103683.7 | |
| P5 | DEBIT | ######## | Zelle paym | -500 | CHASE_TO_ | 113683.7 | |
| P5 | CREDIT | ######## | Online Trar | 20000 | ACCT_XFER | 114183.7 | |
| Coulter Lar | DEBIT | ######## | ORIG CO N, | -43.29 | ACH_DEBIT | 2.13 | |
| Coulter Lar | CREDIT | ######## | Online Trar | 45 | ACCT_XFER | 45.42 | |
| Windtree | DEBIT | ######## | SUDDENLIN | -143.71 | DEBIT_CAR | 1058.29 | |
| Atlas Aq-35 | DEBIT | ######## | Payment to | -9777 | ACCT_XFER | 0.32 | |
| Atlas Aq-35 | DEBIT | ######## | ORIG CO N, | -24.6 | ACH_DEBIT | 9777.32 | |
| Atlas Aq-35 | DEBIT | ######## | Payment to | -10000 | ACCT_XFER | 9801.92 | |
| Atlas Aq-35 | DEBIT | ######## | Payment to | -10000 | ACCT_XFER | 19801.92 | |
| Atlas Aq-35 | CREDIT | ######## | Online Trar | 1800 | ACCT_XFER | 29801.92 | |
| Atlas Aq-35 | CREDIT | ######## | Online Trar | 8000 | ACCT_XFER | 28001.92 | |
| Atlas Aq-35 | CREDIT | ######## | Online Trar | 10000 | ACCT_XFER | 20001.92 | |
| Atlas Aq-35 | CREDIT | ######## | Online Trar | 10000 | ACCT_XFER | 10001.92 | |
| Atlas H-368 | DEBIT | ######## | Online Trar | -1800 | ACCT_XFER | 2.76 | |
| Atlas H-368 | DEBIT | ######## | ONLINE DC | -1500 | WIRE_OUT | 1802.76 | |
| Atlas H-368 | DEBIT | ######## | ONLINE DC | -1700 | WIRE_OUT | 3302.76 | |

| Account | Type | Date | Description | Amount | Category | Balance | Note |
|---|---|---|---|---|---|---|---|
| Atlas H-368 | DEBIT | ######## | Online Tran | -20000 | ACCT_XFER | 5002.76 | |
| Atlas H-368 | CREDIT | ######## | FEDWIRE C | 25000 | WIRE_INCO | 25002.76 | |
| P5 | DEBIT | ######## | ONLINE DC | -2650 | WIRE_OUT | 64815.19 | p5 |
| P5 | CREDIT | ######## | WIRE REVE | 2610 | WIRE_INCO | 67465.19 | p5 |
| P5 | CREDIT | ######## | Online Tran | 8000 | ACCT_XFER | 64855.19 | |
| P5 | DEBIT | ######## | ONLINE DC | -2650 | WIRE_OUT | 54165.19 | p5 |
| P5 | DEBIT | ######## | Online Tran | -8000 | MISC_DEBI | 56815.19 | p5 |
| The Warwi | DEBIT | ######## | LEASERUNI | -37 | DEBIT_CAR | -71 | |
| The Warwi | DEBIT | ######## | LEASERUNI | -21 | DEBIT_CAR | -34 | |
| The Warwi | DEBIT | ######## | LEASERUNI | -16 | DEBIT_CAR | -13 | |
| Forest Park | DEBIT | ######## | OFFICEMAX | 12.46 | DEBIT_CAR | | |
| P5 | DEBIT | ######## | EXPRESS GI | -175 | DEBIT_CAR | 188990.2 | fp |
| P5 | CREDIT | ######## | Online Tran | 135000 | ACCT_XFER | 189165.2 | |
| Atlas Aq-35 | DEBIT | ######## | Payment to | -15000 | ACCT_XFER | 0.32 | |
| Atlas Aq-35 | CREDIT | ######## | Online Tran | 15000 | ACCT_XFER | 15000.32 | |
| The Warwi | CREDIT | ######## | Online Tran | 71 | ACCT_XFER | 0 | |
| P5 | DEBIT | ######## | 4-EVERGON | -350 | DEBIT_CAR | 18295.71 | fp |
| P5 | DEBIT | ######## | Online Tran | -900 | ACCT_XFER | 18645.71 | |
| P5 | DEBIT | ######## | ONLINE DC | -50000 | WIRE_OUT | 19545.71 | fp and ci |
| P5 | DEBIT | ######## | ONLINE DC | -2117.96 | WIRE_OUT | 69545.71 | |
| P5 | DEBIT | ######## | ONLINE DC | -2155.37 | WIRE_OUT | 71663.67 | |
| P5 | DEBIT | ######## | ONLINE DC | -17090 | WIRE_OUT | 73819.04 | |
| P5 | DEBIT | ######## | ONLINE DC | -75000 | WIRE_OUT | 90909 | |
| P5 | DEBIT | ######## | ONLINE DC | -11025.2 | WIRE_OUT | 165909 | |
| P5 | DEBIT | ######## | ONLINE DC | -9884.98 | WIRE_OUT | 176934.2 | |
| P5 | DEBIT | ######## | Zelle paym | -2100 | QUICKPAY_ | 186819.2 | |
| P5 | DEBIT | ######## | Online Tran | -71 | ACCT_XFER | 188919.2 | |
| Coulter Lar | CREDIT | ######## | Online Tran | 900 | ACCT_XFER | 902.13 | |
| P5 | DEBIT | ######## | DEPT OF BU | -200 | DEBIT_CAR | 10742.21 | ci |
| P5 | DEBIT | ######## | RELIANT EN | -1908.89 | DEBIT_CAR | 10942.21 | tw |
| P5 | DEBIT | ######## | RELIANT EN | -5444.61 | DEBIT_CAR | 12851.1 | tw |
| Coulter Lar | DEBIT | ######## | APARTMEN | -874.4 | DEBIT_CAR | 27.73 | |
| The Warwi | DEBIT | ######## | ORIG CO N. | -324.75 | ACH_DEBIT | -324.75 | |
| Forest Park | DEBIT | ######## | OFFICEMAX | 46.21 | DEBIT_CAR | | |
| P5 | DEBIT | ######## | Zelle paym | -672 | CHASE_TO_ | 54717.69 | |
| P5 | DEBIT | ######## | CENTURY F | -4737.96 | DEBIT_CAR | 55389.69 | fp |
| P5 | DEBIT | ######## | IN *SOUTH | -614.56 | DEBIT_CAR | 60127.65 | fp |
| P5 | CREDIT | ######## | Online Tran | 50000 | ACCT_XFER | 60742.21 | p5 |
| Atlas Aq-35 | DEBIT | ######## | ONLINE DC | -1700 | WIRE_OUT | 300.32 | |
| Atlas Aq-35 | DEBIT | ######## | Payment to | -48000 | ACCT_XFER | 2000.32 | |
| Atlas Aq-35 | CREDIT | ######## | Online Tran | 50000 | ACCT_XFER | 50000.32 | |
| Atlas H-368 | DEBIT | ######## | Online Tran | -50000 | ACCT_XFER | 2.76 | |
| Atlas H-368 | DEBIT | ######## | Online Tran | -50000 | ACCT_XFER | 50002.76 | |
| Atlas H-368 | CREDIT | ######## | FEDWIRE C | 100000 | WIRE_INCO | 100002.8 | |
| The Warwi | DEBIT | ######## | LEASERUNI | -37 | DEBIT_CAR | 0.25 | |
| The Warwi | CREDIT | ######## | Online Tran | 362 | ACCT_XFER | 37.25 | |
| P5 | DEBIT | ######## | Zelle paym | -5000 | CHASE_TO_ | 48441.24 | |

| Account | Type | Date | Description | Amount | Category | Balance | Note |
|---|---|---|---|---|---|---|---|
| P5 | DEBIT | ######## | Online Trar | -362 | ACCT_XFER | 53441.24 | |
| P5 | DEBIT | ######## | DEPT OF BL | -230 | DEBIT_CAR | 53803.24 | ci |
| P5 | DEBIT | ######## | THE HOME | -684.45 | DEBIT_CAR | 54033.24 | ci |
| P5 | DEBIT | ######## | ONLINE DC | -1000 | WIRE_OUT | 24838.39 | |
| P5 | DEBIT | ######## | ONLINE DC | -1453.83 | WIRE_OUT | 25838.39 | |
| P5 | DEBIT | ######## | ONLINE DC | -4290.72 | WIRE_OUT | 27292.22 | |
| P5 | DEBIT | ######## | ONLINE DC | -1133.54 | WIRE_OUT | 31582.94 | |
| P5 | DEBIT | ######## | ONLINE DC | -2917 | WIRE_OUT | 32716.48 | |
| P5 | DEBIT | ######## | ONLINE DC | -750 | WIRE_OUT | 35633.48 | |
| P5 | DEBIT | ######## | ONLINE DC | -866.4 | WIRE_OUT | 36383.48 | |
| P5 | DEBIT | ######## | ONLINE DC | -986.78 | WIRE_OUT | 37249.88 | |
| P5 | DEBIT | ######## | ONLINE DC | -2256.64 | WIRE_OUT | 38236.66 | |
| P5 | DEBIT | ######## | ONLINE DC | -2310.35 | WIRE_OUT | 40493.3 | |
| P5 | DEBIT | ######## | ONLINE DC | -487.84 | WIRE_OUT | 42803.65 | |
| P5 | DEBIT | ######## | ONLINE DC | -2211.36 | WIRE_OUT | 43291.49 | |
| P5 | DEBIT | ######## | ONLINE DC | -1050 | WIRE_OUT | 45502.85 | |
| P5 | DEBIT | ######## | THE HOME | -19.27 | DEBIT_CAR | 46552.85 | ci |
| P5 | DEBIT | ######## | AVIS.COM | -1277.77 | DEBIT_CAR | 46572.12 | Travel |
| P5 | DEBIT | ######## | NIC*-BROV | -500 | DEBIT_CAR | 47849.89 | fp |
| P5 | DEBIT | ######## | OFFICE DEF | -91.35 | DEBIT_CAR | 48349.89 | ci |
| The Warwi | DEBIT | ######## | LEASERUNI | -21 | DEBIT_CAR | -46.75 | |
| The Warwi | DEBIT | ######## | LEASERUNI | -26 | DEBIT_CAR | -25.75 | |
| P5 | DEBIT | ######## | THE HOME | -261.47 | DEBIT_CAR | 24576.92 | ci |
| The Warwi | CREDIT | 2/1/2022 | Online Trar | 46.75 | ACCT_XFER | 0 | |
| P5 | DEBIT | 2/1/2022 | Zelle paym | -1500 | CHASE_TO_ | 23182.79 | |
| P5 | DEBIT | 2/1/2022 | Online Trar | -46.75 | ACCT_XFER | 24682.79 | |
| P5 | DEBIT | 2/1/2022 | Online Trar | -15 | ACCT_XFER | 24729.54 | |
| P5 | DEBIT | 2/1/2022 | OFFICE DEF | -82.38 | DEBIT_CAR | 24744.54 | fp |
| P5 | CREDIT | 2/1/2022 | Online Trar | 250 | ACCT_XFER | 24826.92 | |
| Atlas Aq-35 | DEBIT | 2/1/2022 | Online Trar | -250 | ACCT_XFER | 8.59 | |
| Atlas Aq-35 | DEBIT | 2/1/2022 | ORIG CO N. | -41.73 | ACH_DEBIT | 258.59 | |
| P5 | DEBIT | 2/2/2022 | XCEL EZ-PA | -20.65 | DEBIT_CAR | 21967.85 | cl |
| P5 | DEBIT | 2/2/2022 | XCEL EZ-PA | -938.65 | DEBIT_CAR | 21988.5 | cl |
| P5 | DEBIT | 2/2/2022 | THE HOME | -255.64 | DEBIT_CAR | 22927.15 | cl |
| Caribbean | DEBIT | 2/2/2022 | WITHDRAV | -3234.23 | MISC_DEBI | 0 | |
| The Warwi | DEBIT | 2/3/2022 | LEASERUNI | -37 | DEBIT_CAR | 0 | |
| The Warwi | CREDIT | 2/3/2022 | Online Trar | 37 | ACCT_XFER | 37 | |
| P5 | DEBIT | 2/3/2022 | SERVICE CH | -922 | FEE_TRANS | 11632.22 | |
| P5 | DEBIT | 2/3/2022 | ONLINE DC | -6768.83 | WIRE_OUT | 12554.22 | ci |
| P5 | DEBIT | 2/3/2022 | Online Trar | -37 | ACCT_XFER | 19323.05 | |
| P5 | DEBIT | 2/3/2022 | AMS*SERV | -69.8 | DEBIT_CAR | 19360.05 | fp |
| P5 | DEBIT | 2/3/2022 | OAKLAND I | -2538 | DEBIT_CAR | 19429.85 | fp |
| Atlas Aq-35 | DEBIT | 2/3/2022 | Payment tc | -25000 | ACCT_XFER | 8.59 | |
| Atlas Aq-35 | CREDIT | 2/3/2022 | Online Trar | 25000 | ACCT_XFER | 25008.59 | |
| Atlas H-368 | DEBIT | 2/3/2022 | ONLINE DC | -9000 | WIRE_OUT | 65502.76 | |
| Atlas H-368 | DEBIT | 2/3/2022 | Online Trar | -25000 | ACCT_XFER | 74502.76 | |
| Atlas H-368 | DEBIT | 2/3/2022 | Zelle paym | -500 | CHASE_TO_ | 99502.76 | |

| Account | Type | Date | Description | Amount | Category | Balance | Tag |
|---|---|---|---|---|---|---|---|
| Atlas H-368 | CREDIT | 2/3/2022 | FEDWIRE C | 100000 | WIRE_INCC | 100002.8 | |
| P5 | CREDIT | 2/4/2022 | Online Transfer from C | 12532.22 | ACCT_XFEF | | |
| Atlas H-368 | DEBIT | 2/4/2022 | ONLINE DC | -12000 | WIRE_OUT | 34.81 | |
| Atlas H-368 | DEBIT | 2/4/2022 | Online Trar | -900 | ACCT_XFEF | 12034.81 | |
| Atlas H-368 | DEBIT | 2/4/2022 | ONLINE DC | -52568 | WIRE_OUT | 12934.81 | |
| P5 | DEBIT | 2/7/2022 | SQ *AMAR | -514.19 | DEBIT_CAR | 84591.72 | wt |
| P5 | DEBIT | 2/7/2022 | SQ *AMAR | -514.19 | DEBIT_CAR | 85105.91 | wt |
| P5 | DEBIT | 2/7/2022 | SQ *AMAR | -676.56 | DEBIT_CAR | 85620.1 | wt |
| P5 | DEBIT | 2/7/2022 | FLORIDA P( | -107.84 | DEBIT_CAR | 86296.66 | fp |
| P5 | DEBIT | 2/7/2022 | FLORIDA P( | -61.72 | DEBIT_CAR | 86404.5 | fp |
| P5 | DEBIT | 2/7/2022 | FLORIDA P( | -100.56 | DEBIT_CAR | 86466.22 | fp |
| P5 | DEBIT | 2/7/2022 | FLORIDA P( | -51.14 | DEBIT_CAR | 86566.78 | fp |
| P5 | DEBIT | 2/7/2022 | FLORIDA P( | -67.33 | DEBIT_CAR | 86617.92 | fp |
| P5 | DEBIT | 2/7/2022 | FLORIDA P( | -75.7 | DEBIT_CAR | 86685.25 | fp |
| P5 | DEBIT | 2/7/2022 | FLORIDA P( | -64.4 | DEBIT_CAR | 86760.95 | fp |
| P5 | DEBIT | 2/7/2022 | FLORIDA P( | -64.61 | DEBIT_CAR | 86825.35 | fp |
| P5 | DEBIT | 2/7/2022 | FLORIDA P( | -60.77 | DEBIT_CAR | 86889.96 | fp |
| P5 | DEBIT | 2/7/2022 | FLORIDA P( | -62.26 | DEBIT_CAR | 86950.73 | fp |
| P5 | DEBIT | 2/7/2022 | FLORIDA P( | -47.11 | DEBIT_CAR | 87012.99 | fp |
| P5 | DEBIT | 2/7/2022 | FLORIDA P( | -52.81 | DEBIT_CAR | 87060.1 | fp |
| P5 | DEBIT | 2/7/2022 | FLORIDA P( | -75.55 | DEBIT_CAR | 87112.91 | fp |
| P5 | DEBIT | 2/7/2022 | FLORIDA P( | -49.97 | DEBIT_CAR | 87188.46 | fp |
| P5 | DEBIT | 2/7/2022 | FLORIDA P( | -293.79 | DEBIT_CAR | 87238.43 | fp |
| P5 | CREDIT | 2/7/2022 | Online Trar | 75000 | ACCT_XFEF | 87532.22 | |
| Atlas Aq-35 | DEBIT | 2/7/2022 | Payment tc | -20000 | ACCT_XFEF | 8.59 | |
| Atlas Aq-35 | CREDIT | 2/7/2022 | Online Trar | 20000 | ACCT_XFEF | 20008.59 | |
| Atlas H-368 | DEBIT | 2/7/2022 | Online Trar | -20000 | ACCT_XFEF | 5034.81 | |
| Atlas H-368 | DEBIT | 2/7/2022 | Online Trar | -75000 | ACCT_XFEF | 25034.81 | |
| Atlas H-368 | CREDIT | 2/7/2022 | FEDWIRE C | 100000 | WIRE_INCC | 100034.8 | |
| P5 | DEBIT | 2/8/2022 | ONLINE DC | -62500 | WIRE_OUT | 20738.97 | |
| P5 | DEBIT | 2/8/2022 | SQ *AMAR | -1001.31 | DEBIT_CAR | 83238.97 | wt |
| P5 | DEBIT | 2/8/2022 | FLORIDA P( | -85.05 | DEBIT_CAR | 84240.28 | fp |
| P5 | DEBIT | 2/8/2022 | FLORIDA P( | -90.67 | DEBIT_CAR | 84325.33 | fp |
| P5 | DEBIT | 2/8/2022 | FLORIDA P( | -86.62 | DEBIT_CAR | 84416 | fp |
| P5 | DEBIT | 2/8/2022 | FLORIDA P( | -89.1 | DEBIT_CAR | 84502.62 | fp |
| Atlas H-368 | DEBIT | 2/8/2022 | ONLINE DC | -2500 | WIRE_OUT | 34.81 | |
| Atlas H-368 | DEBIT | 2/8/2022 | ONLINE DC | -2500 | WIRE_OUT | 2534.81 | |
| Forest Park | CREDIT | 2/9/2022 | Online Trar | 496.78 | ACCT_XFEF | | |
| P5 | DEBIT | 2/9/2022 | Zelle paym | -3000 | CHASE_TO_ | 16053.77 | |
| P5 | DEBIT | 2/9/2022 | Online Trar | -496.78 | ACCT_XFEF | 19053.77 | |
| P5 | DEBIT | 2/9/2022 | THE HOME | -1120.18 | DEBIT_CAR | 19550.55 | wt |
| P5 | DEBIT | 2/9/2022 | OFFICE DEF | -11.49 | DEBIT_CAR | 20670.73 | ci |
| P5 | DEBIT | 2/9/2022 | OFFICEMA) | -12.88 | DEBIT_CAR | 20682.22 | ci |
| P5 | DEBIT | 2/9/2022 | OFFICEMA) | -43.87 | DEBIT_CAR | 20695.1 | ci |
| The Warwi | DEBIT | ######## | LEASERUNI | -37 | DEBIT_CAR | 37 | |
| The Warwi | CREDIT | ######## | Online Trar | 74 | ACCT_XFEF | 74 | |
| P5 | DEBIT | ######## | Online Trar | -74 | ACCT_XFEF | 15029.77 | |

| Account | Type | Date | Description | Amount | Category | Balance | Tag |
|---|---|---|---|---|---|---|---|
| P5 | DEBIT | ######## | IN *AQUAC | -565 | DEBIT_CAR | 15103.77 | fp |
| P5 | DEBIT | ######## | DEPT OF BI | -230 | DEBIT_CAR | 15668.77 | fp |
| P5 | DEBIT | ######## | AIR DUCT A | -155 | DEBIT_CAR | 15898.77 | fp |
| The Warwi | DEBIT | ######## | LEASERUNI | -37 | DEBIT_CAR | 37 | |
| The Warwi | CREDIT | ######## | Online Trar | 37 | ACCT_XFER | 74 | |
| P5 | DEBIT | ######## | Zelle paym | -210 | QUICKPAY_ | 55598.91 | |
| P5 | DEBIT | ######## | Zelle paym | -390 | QUICKPAY_ | 55808.91 | |
| P5 | DEBIT | ######## | ONLINE DC | -8020.52 | WIRE_OUT | 56198.91 | ci |
| P5 | DEBIT | ######## | Online Trar | -37 | ACCT_XFER | 64219.43 | |
| P5 | DEBIT | ######## | SPECTRUM | -341.06 | DEBIT_CAR | 64256.43 | ci |
| P5 | DEBIT | ######## | AIR DUCT A | -225 | DEBIT_CAR | 64597.49 | fp |
| P5 | DEBIT | ######## | AMERICAN | -38.64 | DEBIT_CAR | 64822.49 | Travel |
| P5 | DEBIT | ######## | AMERICAN | -38.64 | DEBIT_CAR | 64861.13 | Travel |
| P5 | DEBIT | ######## | AMERICAN | -65 | DEBIT_CAR | 64899.77 | Travel |
| P5 | DEBIT | ######## | AMERICAN | -65 | DEBIT_CAR | 64964.77 | Travel |
| P5 | CREDIT | ######## | Online Trar | 50000 | ACCT_XFER | 65029.77 | |
| Atlas Aq-35 | DEBIT | ######## | Payment tc | -40000 | ACCT_XFER | 8.59 | |
| Atlas Aq-35 | CREDIT | ######## | Online Trar | 40000 | ACCT_XFER | 40008.59 | |
| The Warwi | DEBIT | ######## | LEASERUNI | -37 | DEBIT_CAR | 0 | |
| P5 | DEBIT | ######## | THE HOME | -177.46 | DEBIT_CAR | 55421.45 | ci |
| Caribbean | CREDIT | ######## | ORIG CO N. | 1187.8 | ACH_CRED | 2375.6 | |
| Caribbean | CREDIT | ######## | ORIG CO N. | 1187.8 | ACH_CRED | 1187.8 | |
| Windtree | DEBIT | ######## | THE HOME | -994.6 | DEBIT_CAR | 63.69 | |
| The Warwi | DEBIT | ######## | LEASERUNI | -37 | DEBIT_CAR | 0 | |
| The Warwi | CREDIT | ######## | Online Trar | 37 | ACCT_XFER | 37 | |
| P5 | DEBIT | ######## | Zelle paym | -120 | CHASE_TO_ | 23813.98 | |
| P5 | DEBIT | ######## | ONLINE DC | -3040.3 | WIRE_OUT | 23933.98 | |
| P5 | DEBIT | ######## | ONLINE DC | -1300 | WIRE_OUT | 26974.28 | |
| P5 | DEBIT | ######## | ONLINE DC | -874.96 | WIRE_OUT | 28274.28 | |
| P5 | DEBIT | ######## | ONLINE DC | -2917 | WIRE_OUT | 29149.24 | |
| P5 | DEBIT | ######## | ONLINE DC | -3256.3 | WIRE_OUT | 32066.24 | |
| P5 | DEBIT | ######## | ONLINE DC | -2960.37 | WIRE_OUT | 35322.54 | |
| P5 | DEBIT | ######## | ONLINE DC | -4662.04 | WIRE_OUT | 38282.91 | |
| P5 | DEBIT | ######## | ONLINE DC | -1207.01 | WIRE_OUT | 42944.95 | |
| P5 | DEBIT | ######## | ONLINE DC | -2910.78 | WIRE_OUT | 44151.96 | |
| P5 | DEBIT | ######## | Online Trar | -37 | ACCT_XFER | 47062.74 | |
| P5 | DEBIT | ######## | ONLINE DC | -2557.73 | WIRE_OUT | 47099.74 | |
| P5 | DEBIT | ######## | ONLINE DC | -4352.62 | WIRE_OUT | 49657.47 | |
| P5 | DEBIT | ######## | Zelle paym | -1127.2 | QUICKPAY_ | 54010.09 | |
| P5 | DEBIT | ######## | SCOTTCO N | -284.16 | DEBIT_CAR | 55137.29 | cl |
| Forest Park | CREDIT | ######## | Online Trar | 15.93 | ACCT_XFER | | |
| P5 | DEBIT | ######## | Online Trar | -15.93 | ACCT_XFER | 98167.68 | |
| P5 | DEBIT | ######## | Online Trar | -15.56 | ACCT_XFER | 98183.61 | |
| P5 | DEBIT | ######## | Online Trar | -15000 | ACCT_XFER | 98199.17 | |
| P5 | DEBIT | ######## | Online Trar | -10000 | ACCT_XFER | 113199.2 | |
| P5 | DEBIT | ######## | XCEL EZ-PA | -4.93 | DEBIT_CAR | 123199.2 | wt |
| P5 | DEBIT | ######## | XCEL EZ-PA | -224.29 | DEBIT_CAR | 123204.1 | wt |

| Account | Type | Date | Description | Amount | Category | Balance | Tag |
|---|---|---|---|---|---|---|---|
| P5 | DEBIT | ######## | XCEL EZ-PA | -8.3 | DEBIT_CAR | 123428.4 | wt |
| P5 | DEBIT | ######## | XCEL EZ-PA | -377.29 | DEBIT_CAR | 123436.7 | wt |
| P5 | CREDIT | ######## | FEDWIRE C | 100000 | WIRE_INCO | 123814 | p5 |
| Coulter Lar | DEBIT | ######## | ORIG CO N. | -43.29 | ACH_DEBIT | 0 | |
| Coulter Lar | CREDIT | ######## | Online Trar | 15.56 | ACCT_XFER | 43.29 | |
| Atlas Aq-35 | CREDIT | ######## | Online Trar | 10000 | ACCT_XFER | 25008.59 | |
| Atlas Aq-35 | CREDIT | ######## | Online Trar | 15000 | ACCT_XFER | 15008.59 | |
| P5 | DEBIT | ######## | Online ACH | -9103.88 | ACH_PAYM | 89063.8 | tw |
| Atlas Aq-35 | DEBIT | ######## | Payment to | -10000 | MISC_DEBI | 15008.59 | |
| P5 | DEBIT | ######## | Online Trar | -114.57 | ACCT_XFER | 20651.39 | |
| P5 | DEBIT | ######## | Online Trar | -844 | ACCT_XFER | 20765.96 | |
| P5 | DEBIT | ######## | Online Trar | -1788 | ACCT_XFER | 21609.96 | |
| P5 | DEBIT | ######## | ONLINE DC | -12389.5 | WIRE_OUT | 23397.96 | ci |
| P5 | DEBIT | ######## | ORIG CO N. | -1000.62 | ACH_DEBIT | 35787.46 | fp |
| P5 | DEBIT | ######## | ONLINE DC | -1000 | WIRE_OUT | 36788.08 | ci |
| P5 | DEBIT | ######## | ONLINE DC | -3765 | WIRE_OUT | 37788.08 | ci |
| P5 | DEBIT | ######## | ONLINE DC | -4000 | WIRE_OUT | 41553.08 | fp |
| P5 | DEBIT | ######## | ONLINE DC | -6000 | WIRE_OUT | 45553.08 | |
| P5 | DEBIT | ######## | ONLINE DC | -28140 | WIRE_OUT | 51553.08 | ci |
| P5 | DEBIT | ######## | CITY OF AB | -157.26 | DEBIT_CAR | 79693.08 | tw |
| P5 | DEBIT | ######## | CITY OF AB | -5242.07 | DEBIT_CAR | 79850.34 | tw |
| P5 | DEBIT | ######## | SQ *SHIFTY | -400 | DEBIT_CAR | 85092.41 | wt |
| P5 | DEBIT | ######## | SQ *SHIFTY | -200 | DEBIT_CAR | 85492.41 | cl |
| P5 | DEBIT | ######## | SQ *SHIFTY | -405 | DEBIT_CAR | 85692.41 | wt |
| P5 | DEBIT | ######## | THOMPSOI | -753.16 | DEBIT_CAR | 86097.41 | ci |
| P5 | DEBIT | ######## | MITEL CLO | -414.09 | DEBIT_CAR | 86850.57 | wt |
| P5 | DEBIT | ######## | MITEL CLO | -328.61 | DEBIT_CAR | 87264.66 | tw |
| P5 | DEBIT | ######## | MITEL CLO | -298 | DEBIT_CAR | 87593.27 | fp |
| P5 | DEBIT | ######## | MITEL CLO | -188.47 | DEBIT_CAR | 87891.27 | cl |
| P5 | DEBIT | ######## | MITEL CLO | -619.31 | DEBIT_CAR | 88079.74 | ci |
| P5 | DEBIT | ######## | SPECTRUM | -364.75 | DEBIT_CAR | 88699.05 | ci |
| Caribbean | CREDIT | ######## | Online Trar | 844 | ACCT_XFER | 5007.6 | |
| Caribbean | CREDIT | ######## | Online Trar | 1788 | ACCT_XFER | 4163.6 | |
| Windtree | CREDIT | ######## | Online Trar | 114.57 | ACCT_XFER | 178.26 | |
| Glencoe-82 | DEBIT | ######## | Payment to | -25000 | ACCT_XFER | 0.63 | |
| Glencoe-82 | CREDIT | ######## | Online Trar | 25000 | ACCT_XFER | 25000.63 | |
| P5 | DEBIT | ######## | POS DEBIT | -806.46 | MISC_DEBI | | wt |
| P5 | DEBIT | ######## | POS DEBIT | -661.14 | MISC_DEBI | | cl |
| P5 | DEBIT | ######## | POS DEBIT | -91.84 | MISC_DEBI | | wt |
| P5 | DEBIT | ######## | POS DEBIT | -64.91 | MISC_DEBI | | wt |
| P5 | DEBIT | ######## | ORIG CO N. | -3543.9 | ACH_DEBIT | | ci |
| P5 | DEBIT | ######## | ORIG CO N. | -2528.32 | ACH_DEBIT | | wt |
| P5 | DEBIT | ######## | ORIG CO N. | -2511.22 | ACH_DEBIT | | wt |
| P5 | DEBIT | ######## | ORIG CO N. | -4614.66 | ACH_DEBIT | | tw |
| P5 | DEBIT | ######## | ORIG CO N. | -961.24 | ACH_DEBIT | | tw |
| P5 | DEBIT | ######## | POS DEBIT | -22.24 | MISC_DEBI | | ? |
| P5 | DEBIT | ######## | ORIG CO N. | -89.86 | ACH_DEBIT | | wt |

| Account | Type | Ref | Description | Amount | Category | Code |
|---|---|---|---|---|---|---|
| P5 | DEBIT | ######## | ORIG CO N. | -125.08 | ACH_DEBIT | cl |
| P5 | DEBIT | ######## | ORIG CO N. | -2309.66 | ACH_DEBIT | cl |
| P5 | DEBIT | ######## | ORIG CO N. | -34.97 | ACH_DEBIT | wt |
| P5 | DEBIT | ######## | ORIG CO N. | -32.02 | ACH_DEBIT | wt |
| P5 | DEBIT | ######## | ORIG CO N. | -36.41 | ACH_DEBIT | wt |
| P5 | DEBIT | ######## | ORIG CO N. | -29.57 | ACH_DEBIT | wt |
| P5 | DEBIT | ######## | ORIG CO N. | -78.3 | ACH_DEBIT | cl |
| P5 | DEBIT | ######## | ORIG CO N. | -43.77 | ACH_DEBIT | wt |
| P5 | DEBIT | ######## | ORIG CO N. | -20.6 | ACH_DEBIT | wt |
| P5 | DEBIT | ######## | ORIG CO N. | -42.8 | ACH_DEBIT | wt |
| P5 | DEBIT | ######## | ORIG CO N. | -49.1 | ACH_DEBIT | wt |
| P5 | DEBIT | ######## | ORIG CO N. | -109.68 | ACH_DEBIT | cl |
| P5 | DEBIT | ######## | ORIG CO N. | -34.45 | ACH_DEBIT | wt |
| P5 | DEBIT | ######## | ORIG CO N. | -46.04 | ACH_DEBIT | wt |
| P5 | DEBIT | ######## | ORIG CO N. | -38.46 | ACH_DEBIT | wt |
| P5 | DEBIT | ######## | ORIG CO N. | -202.58 | ACH_DEBIT | wt |
| P5 | DEBIT | ######## | ORIG CO N. | -122.76 | ACH_DEBIT | cl |
| P5 | DEBIT | ######## | ORIG CO N. | -95.66 | ACH_DEBIT | cl |
| P5 | DEBIT | ######## | ORIG CO N. | -28.49 | ACH_DEBIT | wt |
| P5 | DEBIT | ######## | ORIG CO N. | -88.91 | ACH_DEBIT | cl |
| P5 | DEBIT | ######## | ORIG CO N. | -32.71 | ACH_DEBIT | wt |
| P5 | DEBIT | ######## | ORIG CO N. | -365.01 | ACH_DEBIT | cl |
| P5 | DEBIT | ######## | ORIG CO N. | -33.52 | ACH_DEBIT | wt |
| P5 | DEBIT | ######## | ORIG CO N. | -34.06 | ACH_DEBIT | wt |
| P5 | DEBIT | ######## | ORIG CO N. | -30.32 | ACH_DEBIT | wt |
| P5 | DEBIT | ######## | ORIG CO N. | -35.67 | ACH_DEBIT | wt |
| P5 | DEBIT | ######## | ORIG CO N. | -47.93 | ACH_DEBIT | wt |
| P5 | DEBIT | ######## | ORIG CO N. | -600 | ACH_DEBIT | tw |
| Caribbean | DEBIT | ######## | ONLINE DC | -2375.6 | WIRE_OUT | |
| Caribbean | DEBIT | ######## | POS DEBIT | -1788 | MISC_DEBI | |
| Caribbean | DEBIT | ######## | ZELLE PAYN | -375 | CHASE_TO_ | |
| Windtree | DEBIT | ######## | ORIG CO N. | -37.84 | ACH_DEBIT | |
| Windtree | DEBIT | ######## | ORIG CO N. | -35.13 | ACH_DEBIT | |
| Windtree | DEBIT | ######## | ORIG CO N. | -41.59 | ACH_DEBIT | |
| Glencoe-82 | DEBIT | ######## | PAYMENT | -4250 | ACCT_XFER | |
| Glencoe-82 | CREDIT | ######## | ONLINE TR. | 4250 | ACCT_XFER | |

| | | | | |
|---|---|---|---|---|
| post as def payments | 828500 | -66100 | 8105 CL | 1602 Cl |