# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Zhu Zhai Holdings Limited, et al.

                           Plaintiff,

v.                                                    Case No.: 1:20−cv−04985

                                                        Honorable Sharon Johnson Coleman

Steven Ivankovich

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 24, 2023:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Motion hearing held on 5/24/2023 regarding plaintiffs' motion to compel and extend the hold on the Walker & Dunlop Funds [263] and Intervenors' motion for order to show cause against Walker & Dunlop, LLC [266]. After reviewing the briefing and hearing argument, the Court grants and denies plaintiffs' motion in part [263] and denies Intervenors' motion [266]. It is clear that further discovery proceedings are warranted given plaintiffs' reported difficulties receiving documentation from Judgment Debtor. The Court thus finds that justice requires granting another extension in this case and the Court will extend citation proceedings an additional 120 days. See, e.g., United States v. Kolbusz, No. 12 CR 782, 2023 WL 2161661, at *78 (N.D. Ill. Feb. 22, 2023) (Cummings, M.J.) (discussing how Rule 277(f) should be read liberally). In so doing, the Court will extend the citation against Walker & Dunlop for 120 days. At the end of this period, plaintiffs must file a motion before the Court explicitly detailing whether the citation against Walker & Dunlop should be further extended. If the plaintiff cannot demonstrate a need for an extension at that time, the citation will expire at the conclusion of this 120−day period and the funds will be released. Next, the Court denies plaintiffs' motion to compel. Plaintiffs move to compel documents pursuant to Federal Rules of Civil Procedure 26 and 37, but plaintiffs do not appear to have made a formal discovery request pursuant to federal and local rules. See, e.g., Ousterhout v. Zukowski, No. 11 CV 9136, 2016 WL 3675564, at *4 (N.D. Ill. Apr. 5, 2016) (Mason, M.J.). Thus, a motion to compel documents is not appropriate at this time. Lastly, the Court finds that Walker & Dunlop have acted in accordance with the Court's Orders and denies Intervenors' motion to show cause. As stated on the record, the Court denies Walker & Dunlop's request for attorneys' fees at this time but reserves the right to re−consider future requests for sanctions and fees at a later date. The Court sets a status for August 18, 2023 at 10:00 am where the parties can inform the court about the progress of citation proceedings. This Court will supervise discovery matters until further notice. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.