# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Zhu Zhai Holdings Limited, et al.

                                   Plaintiff,

v.                                                       Case No.: 1:20−cv−04985

                                                                           Honorable Sharon Johnson Coleman

Steven Ivankovich

                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 7, 2024:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Motion hearing held on 2/7/2024. Parties confirmed on the record that they will be proceeding with the Special Master. Respondent Walker & Dunlop, LLC's motion for leave to deposit escrow funds with court registry and for related relief [291] is granted. Enter Order. An in−person status hearing is set for 3/8/2024 at 9:00 AM. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.