IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ZHU ZHAI HOLDINGS LIMITED and PETER PUI TAK LEE, *Plaintiffs / Judgment Creditors,* v. STEVEN IVANKOVICH, *Defendant / Judgment Debtor.* | Case No. 20-cv-04985 Hon. Sharon Johnson Coleman |

## ORDER GRANTING CITATION RESPONDENT WALKER & DUNLOP, LLC'S MOTION FOR LEAVE TO DEPOSIT ESCROW FUNDS WITH COURT REGISTRY AND FOR RELATED RELIEF

This matter coming to be heard on Citation Respondent Walker & Dunlop, LLC's Motion for Leave to Deposit Escrow Funds with Court Registry and for Related Relief (the "Motion," and all undefined terms herein having the meanings given them in the Motion); IT IS HEREBY ORDERED AS FOLLOWS:

1. The Motion is granted.

2. Walker & Dunlop, LLC (the "Respondent") is hereby granted leave to deposit the amount of $1,494,619.10 (the "Escrow Funds") with the Court registry.

3. Upon deposit of the Escrow Funds, the Respondent's obligations under the Citation are terminated.

ENTERED:

Date: February 8, 2024

Sharon Johnson Coleman
United States District Judge