# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Zhu Zhai Holdings Limited, et al.

                              Plaintiff,

v.                                             Case No.: 1:20−cv−04985
                                                      Honorable Sharon Johnson Coleman

Steven Ivankovich

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 27, 2024:

        MINUTE entry before the Honorable Sharon Johnson Coleman: Motion hearing held on 2/27/2024. Counsel for Intervenor Jeanette Ivankovich did not file a motion to intervene. Counsel is to file a motion to intervene, and it will not need to be noticed for presentment. The Court will enter a follow up order once the motion is filed. The motion for adverse claim [299] is stricken. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.