UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ZHU ZHAI HOLDINGS LIMITED and PETER PUI TAK LEE, | ) ) ) Case No. 20-cv-04985 |
| Plaintiffs/Judgement Creditors, | ) ) Judge Sharon Johnson Coleman |
| v. | ) ) Hon Sidney I. Schenkier (Ret.), |
| STEVEN IVANKOVICH, | )    Special Master ) |
| Defendant/Judgement Debtor | ) |

## SPECIAL MASTER'S ORDER NO. 1

On August 17, 2021, the presiding district judge entered a default judgment in favor of plaintiffs Zhu Zhai Holdings Limited and Peter Pui Tak Lee ("plaintiffs") and against Seven Ivankovich ("defendant") in the amount of $4,503,842 (doc. # 92). Post judgement proceedings to collect on the judgment ensued and remain ongoing.

By an order dated January 19, 2014, the presiding district judge appointed the undersigned to serve as Special Master "for the purpose of hearing and resolving issues and disputes related to the parties' post-judgment discovery proceedings, as identified in Plaintiffs' pending post-judgment motions, Dkts 276, 285" (doc. # 290: Order Appointing Special Master ("Appointment Order") at ¶ 1). Pursuant to that mandate, the district judge directed the Special Master to address "issues related to but not limited to the parties' post-judgment discovery proceedings, the discovery produced thus far, and the location and amount of Judgment Debtor Ivankovich's assets" (*Id.*).

On March 19, 2024 (Appointment Order at ¶ 3), the Special Master convened a status hearing by Zoom in the matter. Counsel for plaintiffs and defendant attended the hearing, as well as counsel for Pilgrim Warwick LLC, Pilgrim Coulter LLC, Pilgrim Windtree LLC, Pilgrim Carribean Isle LLC, and Pilgrim Forest Park LLC (collectively, the "Third Party LLCs"). Pursuant

to the Appointment Order, the hearing was court reported and a transcript of the hearing (along with this Order) will be docketed. Based on the discussion with the parties at the hearing, the Special Master issues the following order:

1. There is a dispute as to whether plaintiffs' counsel has a complete listing of all financial institutions or other entities from which defendant had the ability to transfer funds for the period from **January 1, 2019, through the present**. Accordingly, by **April 2, 2024,** defendant and the Third Party LLCs shall deliver to plaintiffs' counsel and file on the court docket an identification of each such institution or entity with detail sufficient to permit the service of subpoenas on them. Defendant, and the person for the Third Party LLCs responsible for the search, shall file declarations describing what they did to search for the information and attesting that they have produced all such information they have located.

2. Upon receipt of the foregoing information, plaintiffs' counsel shall promptly serve subpoenas on the identified institutions and entities seeking records showing for the time period set forth above any transfers or withdrawal of funds by defendant.

3. The matter is set for a further status hearing by Zoom on **May 1, 2024, at 10:00 a.m. C.T.** The parties shall file a joint status report by **5:00 p.m. on April 29, 2024,** which sets forth the status of obtaining the foregoing records and any other matters they wish to address with the Special Master at the May 1 hearing. At that hearing, the Special Master will address – among other things -- the question of the need for an evidentiary hearing.

**Entered:**

_[signature]_

**HON. SIDNEY I. SCHENKIER (RET.)**
**Special Master**
**March 19, 2024**