**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ZHU ZHAI HOLDINGS LIMITED and PETER PUI TAK LEE, | ) ) ) | Case No. 20-cv-04985 |
| Plaintiffs/Judgement Creditors, | ) ) | |
| v. | ) ) | Judge Sharon Johnson Coleman |
| STEVEN IVANKOVICH, | ) ) ) | Hon Sidney I. Schenkier (Ret.), Special Master |
| Defendant/Judgement Debtor | | |

**SPECIAL MASTER'S ORDER NO. 2**

In Special Master Order No. 1, the Special Master ordered that "by **April 2, 2024,** defendant and the Third Party LLCs shall deliver to plaintiffs' counsel and file on the court docket an identification of each such institution or entity with detail sufficient to permit the service of subpoenas on them.  Defendant, and the person for the Third Party LLCs responsible for the search, shall file declarations describing what they did to search for the information and attesting that they have produced all such information they have located"(Doc. No. 305:  Special Master Order No. 1, 03/19/24, ¶ 1).  By email dated March 28, 2024, to the Special Master's case manager (with copies to all counsel), one of the attorneys for the Third Party LLCs expressed concern about filing on the docket the identity of institutions that are identified on the ground that this information may constitute "sensitive . . . personal financial records" within meaning of the District Judge's appointment order (Doc. No. 290:  Order Appointing Special Master, 01/19/24, ¶ 4).  As a result, counsel requested that they be permitted to provide the listing to the Special Master and to counsel for the parties without filing them on the court docket.

The Special Master notes that the District Court's order did not state that documents constituting sensitive personal financial records be withheld from the docket but stated that such documents must be filed under seal provisionally, and then absent valid objection within 14 days be unsealed (Order Appointing Special Master, ¶ 4).  That said, no party has objected to the request by the Third Party LLCs, and thus for the present the Special Master will permit the production of the identification of the institutions and entities to the Special Master and to the parties without filing them on the court docket.  However, the declarations concerning the search and production shall be filed on the court docket.

**Entered:**

_____
**HON. SIDNEY I. SCHENKIER (RET.)**
**Special Master**
**April 1, 2024**