IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ZHU ZHAI HOLDINGS LIMITED and PETER PUI TAK LEE, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 20-cv-4985 ) |
| STEVEN IVANKOVICH, | ) ) |
| Defendant. | ) |

## NOTICE OF FILING

TO:  See attached Service List.

**PLEASE TAKE NOTICE** that on the **24th** day of **May, 2024,** we filed with the United States District Court for the Northern District of Illinois, Eastern Division, **REPORT OF PROCEEDINGS OF MAY 1, 2024;** a copy of which was electronically served upon the attorneys set forth on the attached Service List.

/s/ Amir R. Tahmassebi
Attorneys for Plaintiffs/Judgment Creditors

Amir Tahmassebi, Bar #6287787
Konicek & Dillon, P.C.
70 West Madison Street, Suite 2060
Chicago, IL 60602
(312) 328-9166 (Direct)
(630) 262-9659 (Fax)
amir@konicekdillonlaw.com

Steven Lammers, Bar #6294413
Mandel Rauch & Lammers, P.C.
704 Adams Street, Suite F
Carmel, IN 46032
(317) 581-7440 (Direct)
(317) 848-6197 (Fax)
slammers@mhmrlaw.com

## CERTIFICATE OF SERVICE

The undersigned states that the foregoing instrument was served upon all attorneys of record as set forth on the attached Service List electronically via CM/ECF, on **May 24, 2024**.

/s/ Amir R. Tahmassebi

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ZHU ZHAI HOLDINGS LIMITED and PETER PUI TAK LEE, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 20-cv-4985 ) |
| STEVEN IVANKOVICH, | ) ) |
| Defendant. | ) |

**SERVICE LIST**

Will Sears
Quinn Emanuel Urquhart & Sullivan LLP
865 South Figueroa Street 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Email: willsears@quinnemanuel.com

David R. Doyle
Cozen O'Connor
123 North Wacker Drive, Suite 1800
Chicago, IL 60606
daviddoyle@cozen.com

Morgan B. Handwerker
Schiller DuCanto & Fleck, LLP
321 N. Clark St., Suite 1200
Chicago, IL 60654
chicagoservice@sdflaw.com
mhandwerker@sdflaw.com

Jason M. Wandner
100 N. Biscayne Boulevard, Suite 1607
Miami, FL 33132
(305) 868-1655
Email: jason@wandnerlaw.com

Michael W. Debre, MDebre@chuhak.com
Cecilio Porras, cporras@chuhak.com
Chuhak & Tecson, P.C.
120 S. Riverside Plaza, Suite 1700
Chicago, IL 60606
(312) 855-4603