## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ZHU ZHAI HOLDINGS LIMITED and PETER PUI TAK LEE, | ) ) ) |
| Plaintiffs/Judgement Creditors, | ) Case No. 20-cv-04985 ) ) Judge Sharon Johnson Coleman |
| v. | ) ) Hon Sidney I. Schenkier (Ret.), |
| STEVEN IVANKOVICH, | )   Special Master ) |
| Defendant/Judgement Debtor. | ) |

## SPECIAL MASTER'S ORDER NO. 6

On July 11, 2024, plaintiffs filed a motion to compel and for sanctions (doc. # 319) based on a failure to provide them with EIN numbers for certain accounts pursuant to Paragraph 1 of Special Master's Order No. 5 (doc. # 318). By **July 16, 2024,** the defendant/judgment debtor and the Third Party LLCs each shall file a response to the motion, not to exceed three pages each. No replies shall be filed. Upon reviewing the motion and responses, the Special Master will determine whether to conduct a hearing on the motion or instead to rule in writing.

_____
**HON. SIDNEY I. SCHENKIER (RET.)**
**Special Master**
**July 12, 2024**