# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ZHU ZHAI HOLDINGS LIMITED and PETER PUI TAK LEE, | ) ) ) |
| Plaintiffs/Judgement Creditors, | ) Case No. 20-cv-04985 ) |
| v. | ) Judge Sharon Johnson Coleman ) ) |
| STEVEN IVANKOVICH, | ) Hon Sidney I. Schenkier (Ret.), )   Special Master ) |
| Defendant/Judgement Debtor. | ) |

## SPECIAL MASTER'S ORDER NO. 9

In Special Master's Order No. 8, dated July 29, 2024, the Special Master ordered that by August 2, 2024, plaintiffs were to file a document stating their position as whether Ex. 1 to the Third Party LLCs July 24, 2024, submission is a complete "list of the EIN numbers they seek, and if they claim the list is incomplete, stating with specificity what they claim is missing and the basis for that claim – and whether any of the missing information is in the possession of counsel for Intervenor Jeanette Ivankovich." On August 2, 2024, plaintiffs filed a letter stating that they only had received 9 EIN numbers, providing a list of entities for which they had no EIN numbers, and stating that Ms. Ivankovich does have those EIN numbers.

The Special Master disagrees that the Ex. 1 list contains only 9 EIN numbers. However, the Special Master agrees that the Ex. 1 list does not contain any EIN numbers for the nearly 70 entities identified in Plaintiffs' letter. The Special Master orders that by **August 9, 2024,** the Third Party LLCs and Defendant provide the EIN numbers for the entities listed in Plaintiffs' August 2, 2024, letter or provide compelling reason why they should not be required to do so – keeping in mind the Special Master's Order No. 1, dated March 19, 2024, required defendant and the Third Party LLCs to provide information sufficient to serve subpoenas on all entities for which defendant "had the ability to transfer funds."

**Entered:**

_____
**HON. SIDNEY I. SCHENKIER (RET.)**
**Special Master**
**August 5, 2024**