UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

ZHU ZHAI HOLDINGS LIMITED and PETER PUI TAK LEE
    **Plaintiffs**
        **v.**

STEVEN IVANKOVICH          Case No. 1:20-cv-4985
   **Defendant.**

**INTERVENOR'S HEARING EXHIBIT LIST**

| EX. NO: | DESCRIPTION | DATE OFFERED | STIPULATED | ADMITTED | DENIED |
|---|---|---|---|---|---|
| **PLEADINGS AND ORDERS ENTERED IN IN RE MARRIAGE OF IVANKOVICH (21 D 9220)** | | | | | |
| | Preliminary Injunction entered on May 23, 2024 (inadvertently stamped March 12, 2024) | | | | |
| | Steven's Financial Affidavit dated March 7, 2023 | | | | |
| | March 29, 2024 Order | | | | |
| | Beermann LLP Appearance filed on April 15, 2022 | | | | |
| | November 6, 2023 Order | | | | |
| | | | | | |
| **FINANCIAL RECORDS** | | | | | |
| | Chase Bank Account #8261 statements dated July 30, 2022 through January 31, 2024 | | | | |
| | Chase Bank Account #8261 statesment dated April 1, 2022 through April 29, 2022 | | | | |
| | Chase Bank Account #1602 statement dated April 1, 2022 through April 29, 2022 | | | | |
| | Chase Bank Account #8261 signatory card dated July 28, 2017 | | | | |
| | Chase Bank Account #1602 signatory card dated June 6, 2017 | | | | |
| | Celadon Financial Group wire transfer confirmation dated July 14, 2022 | | | | |
| | Celadon Financial Group Account #1441 (A&O Family LLC) Transfer Form from Stifel, Nicolaus & Company Account #8442 dated July 14, 2022 | | | | |
| | Celadon Financial Group Account #1441 (A&O Family LLC) Transfer Form from Stifel, Nicolaus & Company Account #5964 dated July 14, 2022 | | | | |
| | Celadon Financial Group Account #1441 (A&O Family LLC) Transfer Form from Stifel, Nicolaus & Company Account #7528 dated July 14, 2022 | | | | |
| | Celadon Financial Group Account #1441 (A&O Family LLC) Transfer Form from Stifel, Nicolaus & Company Account #5611 dated July 14, 2022 | | | | |
| | Chase Credit Card #8942 Transactions dated October 20, 2021 through August 16, 2022 | | | | |
| | Celadon Financial Group Account #1441 (A&O Family LLC) statements dated July 1, 2022 through May 31, 2024 | | | | |
| | Celadon Financial Group Account #1442 (Ivankovich Family LLC) statements dated July 1, 2022 through May 31, 2024 | | | | |
| | Celadon Financial Group Account #1443 (P2 Portfolio Managing Member LLC) statements dated July 1, 2022 through May 31, 2024 | | | | |
| | Celadon Financial Group Account #1444 (A&O Family LLC) statements dated July 1, 2022 through May 31, 2024 | | | | |
| | Celadon Financial Group Account #1441 (A&O Family LLC) Account Application dated June 20, 2022 | | | | |
| | Celadon Financial Group Account #1442 (Ivankovich Family LLC) Account Application dated June 28, 2022 | | | | |
| | Celadon Financial Group Account #1443 (P2 Portfolio Managing Member) Account Application dated July 5, 2022 | | | | |
| | Chase Bank Account #7298 statements dated June 30, 2023 through January 1, 2024 | | | | |
| | Chase Bank Account #7298 signature card dated June 16, 2023 | | | | |
| **MISCELLANEOUS** | | | | | |

| | | | |
|---|---|---|---|
| | P-5 GRA LLC v. Steven Ivankovich and Overlook Managing Member LLC, Alliance HTFL GP LLC, Pilgrim Caribbean Isle LLC, and Pilgrim Forest Park LLC (Case No. 2023-1182; pending in Court of Chancery in Delaware) | | |
| | Limited Liability Company Agreement of Overlook Managing Member LLC dated May 2, 2017 | | |
| | Lease for 920 W. George Street, Chicago, Illinois | | |
| | Contribution Pledge and Security Agreement dated December 7, 2022 | | |
| | Combined Closing Statement dated April 1, 2022 | | |
| | Husband's Urgent Motion for Temporary Timesharing (Case No. 21-23848-FC-04; Family Division of Circuit Court of the Eleventh Judicial Circuit, Miami-Dade County, Florida) | | |
| | Action by the Some Member of Old Town Property Ventures LLC dated December 14, 2022 | | |
| | Limited Liability Company Agreement of Old Town Property Ventures LLC dated December 14, 2022 | | |
| | Tracing of Sale Proceeds of Caribbean Isle and Forest Park Properties demonstrative | | |
| | Steven Ivankovich's Personal Expenses Paid by Glencoe Family Dwelling Chase Bank Account #8261 From April 1, 2022- April 29, 2022 - summary | | |
| | Celadon Wire Transfers from Account #1441 - summary exhibit from August 2022 - August 2023 | | |
| | Steven Ivankovich's Personal Expenses Paid by Glencoe Family Dwelling Chase Bank Account #8261 from August 2022- August 31, 2023 - summary | | |
| | Closing Statements for Caribbean and Forest Park - group exhibit | | |

Intervenor reserves the right to designate as exhibits any and all exhibits listed by Plaintiffs and/or Defendant.

Intervenor reserves the right to supplement this list with pleadings and orders that are part of the common law record in this case.

Intervenor reserves the right to supplement this list with any demonstrative exhibits.

Intervenor reserves the right to supplement this list for purposes of impeachment and/or rebuttal, and as may be necessary as a result of testimony adduced, or exhibits used, by Plaintiffs and/or Defendant.

Intervenor reserves the right to supplement her list with any and all documents produced in discovery, and any and all deposition exhibits, or documents relied upon by any expert witness not previously identified.

Intervenor reserves the right to supplement her list and introduce into evidence any updated or historical bank account and charge card account records.

Intervenor reserves the right to supplement her list with updated discovery documents.

   /s/ Tanya J. Stanish

Attorneys for Intervenor Jeanette Ivankovich