IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ZHU ZHAI HOLDINGS LIMITED and PETER PUI TAK LEE, <br> Plaintiffs, <br> v. <br> STEVEN IVANKOVICH, <br> Defendant. | ) ) ) ) ) ) ) ) ) Case No. 20-cv-4985 |

## MOTION TO WITHDRAW AS COUNSEL

Steven Lammers, counsel for Zhu Zhai Holdings Limited and Peter Pui Tak Lee ("Judgment Creditors"), moves to withdraw as counsel. Amir Tahmassebi will continue as counsel for the Judgment Creditors.

WHEREFORE, Steven Lammers seeks leave to withdraw as counsel given that Judgment Creditors will continue to be represented by counsel.

Dated: December 3, 2024

Respectfully submitted,

/s/ Steven Lammers
Steven Lammers, Bar #6294413
Mandel Rauch & Lammers, P.C.
704 Adams Street, Suite F
Carmel, IN 46032
(317) 581-7440 (Direct)
(317) 848-6197 (Fax)
slammers@mhmrlaw.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing was filed with the Court on December 3, 2024 causing all counsel of record to be served via the Court's CM/ECF filing system.

/s/ Steven Lammers
Steven Lammers