# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Zhu Zhai Holdings Limited, et al.

                          Plaintiff,

v.                                                 Case No.: 1:20−cv−04985

                                                         Honorable Sharon Johnson Coleman

Steven Ivankovich

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 9, 2024:

      MINUTE entry before the Honorable Sharon Johnson Coleman: The motion to modify Special Master's Order No. 12 brought by Intervenor Parties Pilgrim Warwick LLC, Pilgrim Coulter LLC, Pilgrim Windtree LLC, Pilgrim Caribbean Isle LLC, and Pilgrim Forest Park LLC is denied [342]. The Court's order appointing the Special Master authorized the master to address issues related but not limited to to the parties' post−judgment discovery proceedings, the discovery produced thus far, and the location and amount of Judgment Debtor Ivankovich's assets, as well as to issue orders, recommendations, and reports [290]. The Court may set aside a special master's ruling on a procedural matter only for an abuse of discretion. [290], Fed. R. Civ. P. 53(f)(5). Having reviewed the order and arguments made by Intervenor Parties' in their motion, and having considered arguments made by the parties during brief oral argument on 12/3/2024, the Court finds no abuse of discretion and affirms Special Master's Order No. 12. Parties are to prepare for evidentiary hearing as directed by the Special Master. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.