# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Zhu Zhai Holdings Limited, et al.
                                  Plaintiff,

v.                                                         Case No.: 1:20−cv−04985
                                                               Honorable Sharon Johnson Coleman

Steven Ivankovich
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 24, 2025:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Motion hearing held on 2/24/2025. Brief oral argument held as plaintiffs' joint motion to bar Gary Goldstein [354]. Counsel for the LLCs, Gary Goldstein reported that he has filed his appearance [361] and his motion for leave to appear pro hac vice [360]. The Court grants Mr. Goldstein's pro hac vice motion and strikes plaintiffs' motion to bar. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.