UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ZHU ZHAI HOLDINGS LIMITED and PETER PUI TAK LEE, | ) ) ) Case No. 20-cv-04985 |
| Plaintiffs/Judgement Creditors, | ) ) Judge Sharon Johnson Coleman |
| v. | ) ) Hon Sidney I. Schenkier (Ret.), |
| STEVEN IVANKOVICH, | )    Special Master ) |
| Defendant/Judgement Debtor | ) |

## SPECIAL MASTER'S ORDER NO. 15

On February 25 and 27, 2025, the Special Master conducted an evidentiary hearing in which all parties and intervenors participated. The purpose of the hearing was to take evidence on the question of whether funds held "on deposit with the Court (a) are an asset of the defendant [Steven Ivankovich], which should be held for distribution to plaintiffs [Zhu Zhai Holdings Limited and Peter Pui Tak Lee] or to Intervenor [Jeanette] Ivankovich as would be determined in a later, separate proceeding, or (b) instead should be released to the Third-Party LLCs [Pilgrim Warwick LLC, Pilgrim Coulter LLC, Pilgrim Windtree LLC, Pilgrim Caribbean Isle LLC, and Pilgrim Forest Park LLC]" (Special Master's Order No. 13, 01/13/25, at 2).

The evidentiary hearing has been completed, and the submission of evidence on the above-referenced question is closed. Pursuant to the agreement of all parties and intervenors, post-hearing memoranda will be filed by **March 27, 2025.** Plaintiffs and Intervenor Jeanette Ivankovich shall file one consolidated memorandum, and defendant and the Intervenor Third-Party LLCs shall file one consolidated memorandum. Each memorandum shall not exceed 20 pages double-spaced (with 12-point type size and normal margins). Upon reviewing the memoranda, the Special Master will determine whether he will rule based on the submissions or would benefit from hearing oral argument.

**Entered:**

_____
**HON. SIDNEY I. SCHENKIER (RET.)**
**Special Master**
**February 28, 2025**