# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ZHU ZHAI HOLDINGS LIMITED and PETER PUI TAK LEE, | ) ) ) Case No. 20-cv-04985 |
| Plaintiffs/Judgement Creditors, | ) ) Judge Sharon Johnson Coleman |
| v. | ) ) Hon Sidney I. Schenkier (Ret.), |
| STEVEN IVANKOVICH, | )    Special Master ) |
| Defendant/Judgement Debtor | ) |

## SPECIAL MASTER'S ORDER NO. 18

The Special Master orders that by **January 9, 2026,** Plaintiffs and Intervenor Jeannette Ivankovich file a report identifying the status of returns on the citations identified in the October 1, 2025, Report.

**Entered:**

_____
**HON. SIDNEY I. SCHENKIER (RET.)**
**Special Master**
**November 13, 2025**