IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ZHU ZHAI HOLDINGS LIMITED and PETER PUI TAK LEE, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 20-cv-4985 |
| STEVEN IVANKOVICH, | ) | |
| Defendant. | ) | |

**PLAINTIFFS AND INTERVENOR JEANETTE IVANKOVICH'S JOINT MOTION TO DISBURSE FUNDS HELD IN THE COURT REGISTRY**

1. On May 14, 2025, after an evidentiary hearing the Special Master in this matter, Hon. Sidney I. Schenkier (Ret.) issued a report and recommendation that funds deposited with the Court Registry by Walker & Dunlap as a result of a citation being issued should be distributed to the Plaintiffs or to Jeanette Ivankovich ("Jeanette").
2. On August 7, 2025, this Court accepted and the report and recommendations of the Special Master.
3. The principal amount of the funds is currently $1,494,619.10 in addition to interest that has accrued.
4. Plaintiffs and Jeanette have agreed to split the funds deposited and being held by the Court Registry 50/50 including the principal and interest.
5. The 7th Circuit stayed disbursement of the funds until ruling on the appeal.
6. On October 20, 2026, the 7th Circuit affirmed the ruling of this Court. (Doc. 67).
7. To date, no motion to reconsider has been filed and the time to do so has now passed.

8. Accordingly, Plaintiffs and Jeanette request this Court enter an Order allowing an equal 50/50 immediate disbursement of the funds including the principal and any accrued interest.

WHEREFORE, Plaintiffs and Jeanette Ivankovich, respectfully request that this Court enter an Order allowing the Clerk of the Court to disburse the funds held with the Court Registry 50/50 to Konicek & Dillon's Client Trust Account and Shiller DuCanto & Fleck's Client Trust account.

Respectfully submitted,

/s/ Tanya J. Stanish
Tanya J. Stanish
Shaska R. Dice
Schiller DuCanto & Fleck, LLP
321 North Clark Street, Suite 1200
Chicago, Illinois 60654-4714
tstanish@sdflaw.com
sdice@sdflaw.com
chicagoservice@sdflaw.com

/s/ Amir R. Tahmassebi
Attorneys for Plaintiffs/Judgment Creditors
Amir R. Tahmassebi, Bar #6287787
Konicek & Dillon, P.C.
70 West Madison Street, Suite 2060
Chicago, IL 60602
(312) 328-9166 (Direct)
(630) 262-9659 (Fax)
amir@konicekdillonlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on **November 4, 2026**, I electronically filed the foregoing **PLAINTIFFS AND INTERVENOR JEANETTE IVANKOVICH'S JOINT MOTION TO DISBURSE FUNDS HELD IN THE COURT REGISTRY** using this Court's EM/ECF service which will provide copies to all parties/counsel of record registered to receive CM/ECF notification.

/s/ Amir R. Tahmassebi