**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Zhu Zhai Holdings Limited, et al.

Plaintiff,

v.

Case No.: 1:20−cv−04985
Honorable Sharon Johnson Coleman

Steven Ivankovich

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 17, 2026:

MINUTE entry before the Honorable Sharon Johnson Coleman: Motion hearing held on 11/17/2026. Plaintiffs and Intervenor Jeanette Ivankovich's amended joint motion to disburse funds held in the court registry [455] is granted. Enter Order. An in−person status hearing is set for 12/14/2026 at 10:15 AM. Plaintiffs and Intervenor's previous motions to disburse funds [385], [448] are stricken as moot. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.