**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ZHU ZHAI HOLDINGS LIMITED and PETER PUI TAK LEE, | ) | Case No. 1:20-cv-04985 |
| Plaintiffs, | ) | Judge Sharon Johnson Coleman |
| v. | ) | |
| STEVEN IVANKOVICH | ) | |
| Defendant. | ) | |

**ORDER**

Pursuant to Local Rule 67.1 and Plaintiffs' and Intervenor Jeanette Ivankovich's Joint Motion to Disburse Funds Held in the Court Registry filed on November 4, 2026,

**IT IS HEREBY ORDERED:**

The Clerk of the United States District Court for the Northern District of Illinois is authorized and directed to disburse the following sums it is holding in this matter:

1. $747,309.55 in principal plus 50% of interest accrued, from the Court's registry to the following payee: Schiller DuCanto & Fleck LLP, as attorneys for Jeanette Ivankovich for deposit into its client trust account (IOLTA).

   Mailing Address:

   Schiller DuCanto & Fleck LLP

   321 N. Clark St. Suite 1200

   Chicago, Illinois 60654

   Attn: Tanya Stanish

2. $747,309.55 in principal plus 50% of interest accrued, from the Court's registry to the following payee: Konicek & Dillon, P.C., as attorneys for Zhu Zhai Holdings Limited and Peter Pui Tak Lee for deposit into its client trust account (IOLTA).

Mailing Address:

Konicek & Dillon, P.C.

70 W. Madison St. Suite 2060

Chicago, Illinois 60602

Attn: Amir R. Tahmassebi

3. Any discrepancy resulting from rounding shall be resolved in favor Zhu Zhai Holdings Limited and Peter Pui Tak Lee.

**IT IS SO ORDERED.**

Date: 11/17/2026

Entered: ______________________________
SHARON JOHNSON COLEMAN
United States District Judge